1    CHRISTY WESTON
     5144 Bascule Ave.
2    Woodland Hills, CA 91364

3    Tel. (818) 713 1020

4

5    Plaintiff, Christy Weston In Pro Se

6

7            **UNITED STATES DISTRICT COURT**

8         **CENTRAL DISTRICT OF CALIFORNIA**

9

10   CHRISTY WESTON, an individual,     )   Case No. CV 10 2198 GAF (FFMx)
                                 )
11                                   )   DECLARATION OF MICHAEL
             Plaintiff,          )   WORTHINGTON IN SUPPORT OF
12                                   )   APPLICATION OF PLAINTIFF FOR
   v.                               )   TEMPORARY RESTRAINING   ORDER
13                                   )   AND PRELIMINARY INJUNCTION
   INDYMAC MORTGAGE SERVICES, a    )
14   Division of ONEWEST BANK FSB aka   )   Date: March 26, 2010
   ONEWEST BANK GROUP, LLC, a       )   Time: 10:00am
15   Delaware Limited Liabilty Company;   )   Courtroom: 740 - Roybal
   QUALITY LOAN SERVICE CORP., a    )
16   California Corporation, DEUTSCHE    )   Hon. Gary A. Feess
   BANK NATIONAL TRUST COMPANY;   )
17   a National Banking Association;       )
   INDYMAC INDX MORTGAGE LOAN   )
18   TRUST 2007 FLX RAY 3; and        )
   MORTGAGE ELECTRONIC           )
19   REGISTRATION SYSTEMS, INC., a    )
   Delaware Corporation.             )
20                                   )
            Defendants.         )
21

22

23

24

25

26

27

28

## DECLARATION OF MICHAEL WORTHINGTON

STATE OF CALIFORNIA

                    SS

COUNTY OF LOS ANGELES

I, MICHAEL WORTHINGTON, declare and say:

1.  I have been the attorney for Christy Weston in respect to her complaint under the Real Estate Settlement Practices Ace herein . If called upon, I could and would testify competently, from personal knowledge, to the matters stated below.

2.  On or about October 9, 2010 I sent IndyMac Mortgage Services (INDY) Ms. Weston's authorization for me to represent her in connection with mortgage loan no. 1009621820 (Subject Loan). A copy of the authorization letter is attached hereto as **Exhibit A** and incorporated by reference.

3.  On or about October 15, 2009 I received an unsigned letter from INDY acknowledging "Brandon Latman" as authorized party on the loan. I called the Customer Service with Ms. Weston on the line and we were told that name was a mistake, their records reflected me as authorized representative. The 10/14/09 letter from INDY is attached hereto as **Exhibit B** and incorporated by reference. [see Complaint ¶43 10:22 - 24]

4.  Around 12/04/09 Ms. Weston received a demand on the Subject Loan from INDY on behalf of Deutsche Bank and securitization trust INDS 2007-FLX3 claiming a balance due of $780,976.45. Plaintiff was given 30 days within which to make a written dispute of the debt and to demand the name and address of the original creditor. INDY indicated in the letter that if a dispute was made, the law requires that they stop their collection efforts (through litigation or otherwise) until they mailed Plaintiff the requested information. Plaintiff has sent numerous letters, including letters captioned QUALIFIED WRITTEN REQUEST but no substantive response has been provided to this day and INDY has continued with a foreclosure on the Subject Property. A copy of the INDY demand letter of 12/04/09 is attached hereto as **Exhibit C** and incorporated by reference. [see Complaint ¶40 9:24 - 10:2]

2

I sent INDY a dispute letter on 12/30/09 referencing the correspondence as a DISPUTE AS TO THE VALIDITY OF THE CLAIMED DEBT, and demanding a complete bill of particulars. A copy of the dispute description, which we contend is a Qualified Written Request (QWR) is attached hereto as **Exhibit D** and incorporated by reference. This letter was also sent to Quality Loan Servicing. [see Complaint ¶7 3:2-8]

On or about 12/16/09, defendant Quality Loan Servicing sent Plaintiff a DEBT VALIDATION NOTICE and Notice of Default and Election to Sell (NOD) dated 12/04/09 in which the delinquency was $53,436.37 and the total debt was $676,959.95. In this instance, Quality Loan would said that upon any contact from Plaintiff disputing the validity of the debt, written verification of the debt would be provided. A copy of the Quality Loan demand letter and NOD of 12/04/09 is attached hereto as **Exhibit E** and incorporated by reference. [see Complaint ¶39 9:15-23] Quality Loan was copied with the 12/30/09 dispute letter but no response has been provided to this day.

11. On or about 01/11/10 I contacted attorney Daniel Goulding at Quality Loan and verified their receipt of the 12/30/09 letter. I explained to Mr. Goulding that both Plaintiff any I had been refused personal contact with anyone at INDY. Mr. Goulding said that the foreclosure against Ms. Weston's property was at the direction of One West Bank, FSB (OWB). INDY is a Division of OWB. I asked if I could have some contact information with a person at One West and was refused. Mr. Goulding was only willing to tell his contacts at One West that I wanted to speak with someone.

12. In the absence of any response to my inquiries, I wrote another letter to the legal department at OWB in Pasadena on 01/15/10, sent via certified mail, as INDY Customer Service had identified that office as being in possession of the file. The 01/15/10 letter to OWB is attached hereto as **Exhibit F** and incorporated by reference. [see Complaint ¶7 3:9 - 10]

13. On 01/26/10 OWB acknowledged receipt of Plaintiff's QWR out of it's office in Kalamazoo, Michigan. In this letter, which like all letters from INDY and OWB is

3

*unsigned*, Defendant professes uncertainty as to whether the previous correspondences were a QWR. The 01/26/10 letter from OWB is attached hereto as **Exhibit G** and incorporated by reference. [see Complaint ¶8 3:11 - 13]

14. On 02/11/10 INDY returned my 12/30/09 letter stamped "Escalation Specialist Feb 09 2010". The return letter and cover page of the material sent back are excerpted from the rest of the pages and attached hereto as **Exhibit H.** This was the first of four such returns which will be made available in their entirety for inspection. [see Complaint ¶43 10:22 - 27]

14. On 02/23/10 I sent another certified letter to INDY with copies to Quality Loan and other parties identified as potentially claiming to be true owners or to have standing to assert claims against the Subject Property. This was marked Attn: RESPA - QUALIFIED WRITTEN REQUEST. Prior letters were reviewed and copies enclosed for ease of reference. The information demand was highlighted in four categories calling for an itemized statement and documentation in support of the claimed amount of indebtedness, and name and address of each past, interim and current creditor (owner) of the claim. The 02/23/10 letter to OWB is attached hereto as **Exhibit I** and incorporated by reference. [see Complaint ¶54 13:4 - 8]

15. On 03/08/10 I sent a letter to INDY with copy to Quality Loan with copies of my 02/23/10 letter and enclosures that had been returned by OWB on or about 03/01/10. I enclosed the new authorization that had been requested with previous returns, and a check for payment of copies according to prices on a Document Request Form that OWB provided. My 03/08/10 letter to INDY is attached hereto as **Exhibit J** and incorporated by reference. [see Complaint ¶7 3:9 - 10]

16. OWB rejected my prior correspondences on March 10, March 12 and March 15, 2010. I called their Customer Service number on 03/23/10 and spoke to a woman who would only identify herself as "Jessica B19". I explained that OWB sends back all my letters and never provides contact information for anyone with whom we can discuss our RESPA complaint.

Jessica was aware that there is a RESPA department in her work area (Kalamazoo, MI).  She told me they don't accept phone calls.

17.   I left messages with Daniel Goulding, the attorney for Quality Loan, on 03/22 and 03/23/10 requesting an opportunity to discuss the foregoing.  He did leave a voice mail message after the first call but he did not respond to the second one, nor did he respond to the 03/19/10 letter I sent to INDY and to him *via express mail*.  My 03/19/10 letter to INDY and Quality Loan is attached hereto as **Exhibit K** and incorporated by reference.

18.   On 03/23/10 I sent a Notice of Intent to Sue, copy attached hereto as **Exhibit L** *via facsimile* to INDY and as an e-mail attachment to Daniel Goulding.

19.   I obtained copies of the Loan Purchase Agreement and Loss Sharing Agreement that are made available by the FDIC via its web page regarding that entity's sale of defunct IndyMac Bank FSB assets to OWB in March, 2009.  The person to receive notices under those agreements is Steve Mnuchin at OWB's Pasadena location.  The business name is IMB Holdco, apparently a holding company for the private investors who own OWB.  I corresponded with Mr. Mnuchin on 03/23 and 03/24 in an effort to secure a contact with whom I could communicate about these matters but received no reply.  This correspondence is attached hereto collectively as **Exhibit M** and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on March 26, 2010, at Encino, California

Michael Worthington

**EXHIBIT A**

Law Office
**MICHAEL WORTHINGTON, APC**
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

October 10, 2009

IndyMac Mortgage Services                          *VIA FACSIMILE*
6900 Beatrice Drive
Kalamazoo, MI 49009

                                                   SCAN

Attn: Brandon Latman
First Vice President

Re: Christy Weston
5144 Bascule, Woodland Hills, CA 91364
Indy Mac Loan No. 1009621820

Gentlemen:

This office has been retained by Christy Weston to represent her in lieu of Parsa Law Group in above captioned loan modification (authorization attached). We are in receipt of a letter from First Vice President Brandon Latman indicating that Indy Mac Mortgage Services adaopted the Department of Treasure Home Affordable Modification Program (HAMP) on August 11, 2009. It is stated that Ms. Weston does not qualify for a HAMP loan modification based on the financial information she submitted and an updated value of the home. The letter, which appears to be a form letter, goes on to state that Indy Mac will consider alternatives such as short sale or cash for keys.

Considering the amount of effort that has already gone into this, and the many compelling circumstances I have seen that haven't even been touched upon, which must materially affect the outcome of these negotiations, coupled with the fact that Indy Mac has provided *no particulars* in support of its conclusion, we feel it is incumbent on you to discuss this matter with us in appropriate detail. You may do so by contacting me personally during business hours.

Thank you for your courteous attention to this matter.

Sincerely,

Michael Worthington

EXHIBIT A                                                              6

## Authorization

To: Indy Mac Mortgage Services
Su: Loan Modification - Christy Weston
Location: 5144 Bascule Ave., Woodland Hills, CA 91364-3447
Loan No: 1009621820

The undersigned mortgagor on the above referenced property does hereby grant Michael Worthington, APC permission to discuss all current and future matters related to my mortgage. Please make all communications via the contact information in the caption of this letter.

Dated: October 9, 2009

_____
Christy Weston

loan mod not rep IMAC 418

A

7

```
                                              SEND CONFIRMATION REPORT for
                                              ILC
  LaserJet 3100                                818 908 1127
  inter/Fax/Copier/Scanner                     Oct-13-09  12:59PM
```

| ob | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 75 | 10/13 12:58PM | 1'01" | OneWest Bank | Send............. | 3/ 3 | EC144 | Completed......................................... |

Total     1'01"     Pages Sent: 3     Pages Printed: 0

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile:  (818) 908 1127
e-mail: mworthington@intlawctr.com

*FACSIMILE TRANSMISSION*

TO:   INDY MAC MORTGAGE SERVICES

ATTN: BRANDON LATMAN, FIRST VICE PRESIDENT

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:   OCTOBER 13, 2009

SU:   LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO: (818) 908 1127

RECIPIENT'S FAX NO: (269) 353 2474

SENDER'S TELEPHONE NUMBER:  (818) 907-1696

THIS TRANSMISSION CONSISTS OF 3  PAGES INCLUDING THIS ONE
PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

-------------------------------------------------------------------

This facsimile is for the personal and exclusive use of the recipients(s) named above.  Its terms are
not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product
privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please
be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile
is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and
return the original facsimile by mail.

COMPLETED BY:  _M W_

APPROXIMATE TIME:  _12 : 50 P_

**EXHIBIT B**

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

October 14, 2009

#BWNDXCT
#6680281269001103#

000431/RS077/668

Christy Weston
5144 Bascule Avenue
Woodland Hills CA 91364

RE: Mortgage Loan Number: 1009621820

Dear Christy Weston :

We are in receipt of a request to list an authorized party on your loan.
In order to protect your privacy and ensure we do not release loan
information to someone not associated with this loan, we are sending
this letter as confirmation that you have consented to authorize the
person or company listed below:

Authorized Party: BRANDON LATMAN

We have updated our records to reflect the above authorized party. If
this information is not accurate, please contact our office immediately.

Thank you for doing business with Indymac Mortgage Services, a division
of OneWest Bank, FSB. If you have any questions, please contact our
Customer Service Department at 1.800.781.7399.  Representatives are
available Monday through Friday, 8 a.m. to 9 p.m., Eastern Time.

Respectfully,

Customer Service Department
Indymac Mortgage Services, a division of OneWest Bank, FSB

RS077 010

9

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo MI 49009

December 4, 2009

034798

CHRISTY WESTON
5144 BASCULE AVENUE
WOODLAND HILLS CA  91364-3447

Account Number: 1009621820

Dear Christy Weston,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust INDX 2007-FLX3, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $780,976.45.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above.  Please also note that this is not a payoff statement.  A payoff statement might include other charges or additional third party costs that may be necessary.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check.  For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid.  If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment.  If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI  49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB

EXHIBIT C

10

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

December 30, 2009                                    *VIA FACSIMILE*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

Attn: Correspondence Research

Re: Christy Weston
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co

Gentlemen:

This is in response to YOUR[1] unsigned letter to Christy Weston (hereinafter "borrower") regarding the above referenced account dated 12/04/2009 (copy attached).

**THIS SHALL CONSITUTE NOTICE OF DISPUTE AS TO THE VALIDITY OF THE CLAIMED DEBT.   PLEASE PROVIDE A COMPLETE BILL OF PARTICULARS SUPPORTING YOUR CLAIM THAT A BALANCE OF $780,976.45 WAS DUE AND OWING TO YOU ON DECEMBER 4, 2009 BY CHRISTY WESTON.**

I have previously notified YOUR firm by letter dated 10/10/2009 of my representation of Ms. Weston, however that letter was not properly acknowledged and I've been unable to engage in direct dialogue with any appropriate counterpart on YOUR end.   Ms. Weston is now working with a HUD approved counselor on her loan modification.   I will continue to represent her in defense of this collection matter.   There are many reasons why my client disputes the validity of this claim.   In

---

[1]
   The words "YOU" or "YOUR" in this letter refer specifically to Indy Mac Mortgage Services, sender, but also includes, without limitation, all entities on whose behalf the claim is made, among them the Indy Mac entity that first made the loan, Quality Loan Service Corp., One West Bank, Deutsche Bank National Trust Company, Mortgage Electronic Registration Systems (MERS) Faslo Solutions, Inc. and any other transferees, assigns, representatives or other related persons  or entities participating in the collection, enforcement, modification or otherwise seeking to extract economic benefit from loan transactions involving Ms. Weston and/or the subject property located at 5144 Bascule, Woodland Hills, CA transaction on which this claim is made (hereinafter the "PROPERTY").

Indy Mac Mortgage Services
Re: Christy Weston 1009621820
December 30, 2009
Page 2

addition, Ms. Weston is entitled to a partial or complete offset of any amount actually due as affirmative relief for YOUR predatory lending practices, fraud and bad faith in the course of several transactions with her since 2006, and there are procedural matters that must be addressed.

We are tired and confused by YOUR practices which include having several proceedings underway in different departments, seeking different remedies, and assigning or transferring all or part of YOUR claims to other parties, all during the time when YOU are supposed to be considering a loan modification. In respect to transfers, we require a full and complete disclosure of all documents reflecting the timing, terms and conditions of transfer pertaining to:

1. YOUR assignment of a purported Indy Mac second trust deed on the PROPERTY to Faslo Solutions, Inc. in 2009
2. YOUR assignment to Deutsche Bank National Trust Co. of any purported right, title or interest on which the above referenced demand letter was sent to Ms. Weston.

When Ms. Weston and I last spoke in conference with YOU, we were informed that there would be a review of the last loan modification denial. We were separately informed that the file was in YOUR legal department undergoing review of documentation reflecting that YOUR right to assert any claim under a purported trust deed may be compromised by clouded title. In these regards, we require a full and complete statement of:

3. The status of any and all applications for loan modification by Ms. Weston made to YOU, including YOUR disposition of applications on a purported second trust deed held by YOU against the PROPERTY.
4. A full, fair and complete statement of any issues surrounding title to the PROPERTY and of any conclusions YOU have reached in respect thereto.

Enclosed herewith is a copy of a 07/29/2005 Assignment of Deed of Trust together with any note or notes therein described against the PROPERTY from Quality Home Loans, A California Corporation to Heidi Von Beltz and Christy Weston[2]. It is noted that YOU made loans using the PROPERTY as security after 2005 in which policies of title insurance were issued and paid for. In respect to these transactions we require a full and complete statement of:

5. YOUR factual and legal contentions as to the status of the SENIOR LIEN as of 07/29/2005 and at all times since.

---

[2] The original parties to the underlying transaction which occurred on or about 11/04/1999 are identified on the face of the document. Accordingly, this trust deed would be senior to any similar instruments that followed in time and is hereinafter referred to as the "SENIOR LIEN".

D    12

Indy Mac Mortgage Services
Re: Christy Weston 1009621820
December 30, 2009
Page 3

6.     Full disclosure of any communications between YOU and any title insurance company
       involved in YOUR loan transactions that utilized the PROPERTY as security.

YOUR handling of Ms. Weston's matter to date has been deplorable. After granting her a loan
modification in January, 2009 YOU reneged, saying it was too late. Ms. Weston has dutifully
followed through with HUD Counselors and a private law firm. There was little or no
communication about the particulars of her application. In the midst of this activity, YOU did
unilaterally transfer to a third party YOUR alleged second trust deed without giving Ms. Weston any
notice or opportunity to be heard in respect to how this action might affect her interests.

Whenever we try to deal with YOU on the phone, we get transferred around to people who don't
know anything or can't even find a file. When we received a letter dated 09/29/2009 that was signed
by a Vice President, Brandon Latman, we found that the people staffing YOUR phones weren't
familiar with that person. After making us wait, we were told that Mr. Latman doesn't speak with
borrowers or their representatives. Why then did he sign a letter rejecting one of Ms. Weston's loan
modifications on totally conclusionary grounds for which no explanation can be obtained?

In respect to YOUR 09/29/2009 letter, please state the following:

7.     What do YOU contend was the updated value of Ms. Weston's home using the model
       created for HAMP by Fannie Mae?
       a.     Please provide all data inputs utilized and show the formula applied (i.e. the
              "economic test" YOU applied) in reaching this conclusion.
8.     Please specify which financial information provided by Christy Weston YOU relied upon
       in arriving at YOUR decision.
9.     Provide citation to any US Department of Treasury rules and guidelines YOU relied upon
       in arriving at YOUR decision
10.    Do YOU contend that YOU are exempt from compliance with California Civil Code Section
       2923.52?
       a.     If so, please provide any temporary or final Orders YOU have obtained from the
              appropriate "commissioner" for YOUR entity in the State of California
11.    Do YOU contend that YOU complied with California Civil Code Section 2923.5 in
       connection with the recording and service of a Notice of Default on the within claim?
       a.     If so, provide a log of all contacts or attempted contacts with borrower by telephone
              or in person and explain what was done to explore options with the borrower to avoid
              foreclosure.
              i.     Identify the person making initial contact
              ii.    Provide dates of any follow up personal or telephone meeting with borrower
              iii.   Provide full particulars of the assessment of borrower's financial situation
                     that YOU obtained

13

Indy Mac Mortgage Services
December 30, 2009
Page 4

12.   Do YOU contend that borrower had any primary or secondary telephone numbers that were
       disconnected?
       a.     If so, state the numbers that were disconnected
       b.     Provide copies of certified mail receipt for follow up notice

13.   Do YOU maintain a permanent link on YOUR internet web site to information (A) about
       options that may be available to borrowers who are unable to afford their payments and who
       wish to avoid foreclosure that includes steps that may be taken to explore those options; (B)
       a list of documents the borrower should collect and be prepared to present when discussing
       options with YOU, and (C) a toll free number for borrowers to call to discuss options for
       avoiding foreclosure with YOU?
       a.     If so, state whether and when the link was provided to borrower and give the link

14.   Have YOU made a net present value calculation pursuant to California Civil Code Sec
       2923.6?
       a.     If so, does net present value (npv) under foreclosure exceed npv by loan
              modification?
       b.     What is the best offer YOU can make to borrower for loan modification or a workout
              plan consistent with YOUR contractual or other authority?

YOU are hereby notified that unless an appropriate interactive process is undertaken encompassing
each of YOUR claims against Ms. Weston and/or the property, or involving her sister Heidi Von
Beltz[3], who also occupies the PROPERTY, that a lawsuit may be filed in the Los Angeles County
Superior Court naming any and/or all of YOU as defendants without further notice or demand. The
objective will be to quiet title, secure declaratory relief and any injunctive or other equitable relief
that is appropriate, and for *damages* at law to compensate for injuries sustained by my client or
others claiming through her in these premises.

Sincerely,

Michael Worthington
encl
cc:    Quality Loan Service Corp. [CA-08-215948TC]
       Deutsche Bank National Trust Company
       Faslo Solutions, Inc. [1009621838]
       Mortgage Electronic Registration System

_____

       [3] YOU must be aware that Ms. Von Beltz is and has been at all times herein material a
totally, permanently disabled quadriplegic who has the additional problem of potentially severe
disruption of her health and well being should her quiet enjoyment as an occupant of the
PROPERTY be disturbed.

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo MI 49009

December 4, 2009

034793
CHRISTY WESTON
5144 BASCULE AVENUE
WOODLAND HILLS CA   91364-3447
[barcode-like mark]

Account Number: 1009621820

Dear Christy Weston,

IndyMac Mortgage Services, a division of OneWest Bank FSB, is currently servicing your loan on behalf of securitization trust INDX 2007-FLX3, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee/Master Servicer and is sending you this important notice as required by federal law.

As of the date of this letter, you owe a balance of $780,976.45.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be different from the amount above. Please also note that this is not a payoff statement. A payoff statement might include other charges or additional third party costs that may be necessary. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we may inform you before processing your check. For a more detailed reinstatement figure or for payoff quote information, please call toll free 1.877.908.HELP (4357).

Unless, within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If, within thirty days after your receipt of this notice, you notify us in writing that the debt or any portion thereof is disputed, we will obtain a verification of the debt or, if the debt is founded upon a judgment, a copy of any such judgment, and we will mail to you a copy of such verification or judgment. If you request the name and address of the original creditor, then upon your written request within thirty days after the receipt of this notice we will provide you with the name and address of the original creditor.

If you dispute the debt in writing or if you request proof of the debt or the name and address of the original creditor within the thirty day time period that begins upon receipt of this notice, the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

If you wish to dispute the validity of the debt or obtain the name and address of the original creditor you must make such request in writing and send it to:

IndyMac Mortgage Services
Attn: Correspondence Research
P.O. Box 4045
Kalamazoo, MI  49003-4045

If you have questions or need further information, please contact Customer Service toll-free at 1.877.908.HELP (4357), Monday-Friday, 8 a.m. to 9 p.m. (Eastern Time).

Sincerely,

IndyMac Mortgage Services,
A division of OneWest Bank, FSB

D   15

This company is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose. However, if your debt has been discharged pursuant to the Bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## ADDITIONAL NOTICE FOR CALIFORNIA ACCOUNTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period set forth in this notice.

## ADDITIONAL NOTICE FOR COLORADO ACCOUNTS

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/CADC/CADCmain.cfm.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

## ADDITIONAL NOTICE FOR MASSACHUSETTS ACCOUNTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid only for ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICE FOR UTAH ACCOUNTS

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period set forth in this notice.

This company is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose. However, if your debt has been discharged pursuant to the Bankruptcy laws of the United States, this communication is intended solely for informational purposes.

## ADDITIONAL NOTICE FOR CALIFORNIA ACCOUNTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period set forth in this notice.

## ADDITIONAL NOTICE FOR COLORADO ACCOUNTS

For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/CADC/CADCmain.cfm.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

## ADDITIONAL NOTICE FOR MASSACHUSETTS ACCOUNTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid only for ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICE FOR UTAH ACCOUNTS

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about the credit obligation until the expiration of the time period set forth in this notice.

17

EXHIBIT B

## ALLONGE ENDORSING MORTGAGE NOTE

This Allonge (the "Allonge") is being executed and delivered by

Quality Home Loans, a California Corporation ("Beneficiary")

as of ___7/29/05_____. to endorse the Note made by

_____Mariam Taheri-Mottaghi_____

and dated _____11/4/1999_____, and payable to Beneficiary,  to which this Allonge is attached and made

apart (together with all extensions, renewals, replacements and amendments thereto,) to  the Note.


The Note relates to the following loan information:


Loan Number:DN0078

Property Address: ____5144 Bascule Avenue, Woodland Hills, CA  91364_____

Amount of Note:_____$173,500.00_____


NOW THEREFORE, FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to:


_____Heidi Von Beltz, an individual and Christy Weston, an individual, as joint tenants_____


all beneficial interest under the within Note, without recourse and Deed of Trust securing same.


Quality Home Loans, a California Corporation


_____

Christopher Powell, Senior Vice President

# AFFIDAVIT

Loan Name:DN0078
Property Address:5144 Bascule Avenue, Woodland Hills, CA  91364

I/We hereby certify under penalty of perjury that the original Note dated
_____11/4/1999_____, in the amount of $___173,500.00_____, and that
certain Deed of Trust executed by
_____Mariam Taheri-Mottaghi, an unmarried woman_____, as Trustors, and
_____Maritage Mortgage Corporation, an Oregon Corporation___, as Trustee, and
_____Maritage Mortgage Corporation, an Oregon Corporation___, as Beneficiary,
recorded on ___11/16/11999_, as Instrument Number _____99-2133901_____,
in Book XX, Page XX, of Official Records, securing an indebtedness of
$_____173,500.00_____.

__XXXX__ (1) has been lost or destroyed AND/OR
_____ (2) has been paid in full OR
_____ (3) is being paid off in the above order number

Dated: _____7/29/05_____

Quality Home Loans, a California Corporation

_____
By: Christopher Powell, Senior Vice President

SUBSCRIBED AND SWORN TO before me, L. Diane Lopez, a Notary Public in and for
the State of California, this __29th_____ day of _____July, 2005_____

Witness my hand and official seal.

_____
L. Diane Lopez

(This area for notary seal)

D   19

```
HP LaserJet 3100                              SEND CONFIRMATION REPORT for
Printer/Fax/Copier/Scanner                    ILC
                                              818 908 1127
                                              Dec-30-09   6:19PM
```

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|--------------------|------|-------|------|--------|
| 180 | 12/30  6:15PM | 4'41" | 13107886120................ | Send............. | 10/10 | EC144 | Completed.................................... |

Total      4'41"      Pages Sent: 10      Pages Printed: 0

Law Office
**MICHAEL WORTHINGTON, APC**
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

*FACSIMILE TRANSMISSION*

TO:    INDY MAC MORTGAGE SERVICES

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:    DECEMBER 30, 2009

SU:    LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO: (818) 908 1127

RECIPIENT'S FAX NO: (269) 353 2474

SENDER'S TELEPHONE NUMBER: (818) 907-1696

THIS TRANSMISSION CONSISTS OF 10 PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

cc: Quality Loan Service Corp. [(619) 568 3574]; Deutsche National Trust Co [(310) 788 6120]

Mortgage Electronic Registration System, Inc. [(703) 748 0183]; Faslo Solutions - via regular mail

------------------------------------------------------------

This facsimile is for the personal and exclusive use of the recipient(s) named above. Its terms are not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product privilege.

If you have received this facsimile and are neither the intended recipient(s) or his/her agent, please be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and return the original facsimile by mail.

COMPLETED BY: _____ MW _____

APPROXIMATE TIME: _____ 6:00 Pm _____

D     20

| | |
|---|---|
| HP LaserJet 3100<br>Printer/Fax/Copier/Scanner | AD hOC BROADCAST REPORT for<br>ILC<br>818 908 1127<br>Dec-30-09    6:01PM |

| Job | Phone Number | Start Time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 178 | T12693532474............. | 12/30 | 5:44PM....... | 10/10 | BC .......... | Completed.................................... |
| 178 | T16195683574............. | 12/30 | 5:49PM....... | 10/10 | BC .......... | Completed.................................... |
| 178 | T12136208388............. | 12/30 | 5:54PM....... | 0/10 | BC .......... | Canceled by Operator.......... 940 |
| 178 | T17037480183............. | 12/30 | 5:55PM....... | 10/10 | BC .......... | Completed.................................... |

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctlr.com

### FACSIMILE TRANSMISSION

TO:    INDY MAC MORTGAGE SERVICES

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:    DECEMBER 30, 2009

SU:    LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO: (818) 908 1127

RECIPIENT'S FAX NO: (269) 353 2474

SENDER'S TELEPHONE NUMBER: (818) 907-1696

THIS TRANSMISSION CONSISTS OF 10  PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

cc: Quality Loan Service Corp. [(619) 568 3574]; Deutsche National Trust Co [(213) 620 8388]

Mortgage Electronic Registration System, Inc. [(703) 748 0183]; Faslo Solutions - via regular mail

--------------------------------------------------------------------

This facsimile is for the personal and exclusive use of the recipients(s) named above.  Its terms are not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and return the original facsimile by mail.

COMPLETED BY: _____

APPROXIMATE TIME: _____

21

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101



7103 9628 5941 5136 9614



CA-08-215948-TC
CHRISTY WESTON
5144   BASCULE AVE
WOODLAND HILLS, CA 91364

# Important Notice Regarding
# Alternatives to Foreclosure

### THERE ARE ALTERNATIVES TO FORECLOSURE, BUT YOU MUST TAKE
### *IMMEDIATE* ACTION.

Hay alternativas para llevar acabo la ejecucion de hipoteca (foreclosure). Su prestador esta altamente
interesado en discutir las opciones que le podra ayudar evitar la ejecucion de su hipoteca (foreclosure),
pero necesita llamar a nuestra oficina inmediatamente para poder ayudarle con cualquier pregunta que
tenga al respecto. Por favor llame a Quality Loan Service Corporation, el numero de telefono es **877-886-9757**.
Tenemos personas que hablan espanol y capacitadas para brindarle ayuda con su prestamo.

Your lender is very interested in discussing options that may help you avoid foreclosure, **BUT YOU
MUST TAKE IMMEDIATE ACTION AND CALL TODAY.** Your lender may require certain
financial information (attached) and may require access to the property to determine the property's value prior to
qualifying you for these programs.

# (continued on reverse)



EXHIBIT E

22

# Important Notice Regarding
# <u>Alternatives to Foreclosure</u>

If you would like information regarding the options available,
Please call, email, or fax us:
## · Home Retention Department
## 877-88MYQLS (877-886-9757)
**Email:** Homeretention@qualityloan.com
## Fax: (619) 568-3574

Please fax or email the attached financial form(s) to expedite our ability to help you process your request.

If you would like to obtain an exact figure as to the amounts needed to cure the default or pay the loan in full, forward your request for reinstatement figures and/or payoff quotes to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
Fax (619) 568-3599
or call:
## Payoff and Reinstatement Department - 877-REINST8 (877-734-6788)

You may wish to consult a credit-counseling agency to assist you. The Department of Housing and Urban Development (HUD) can provide you with the name and address of the local HUD approved counseling agency by calling their toll-free hotline at (800) 569-4287.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure. <u>Be sure to notify Quality Loan Service or your lender in the event your property is listed or under contract for sale or the foreclosure may take place notwithstanding your expected sale.</u>

THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.

E

23

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA  92101
619-645-7711

Date: 12/16/2009

T.S. Number: CA-08-215948-TC
Loan Number: 1009621820

## DEBT VALIDATION NOTICE

1.  The enclosed document relates to a debt owed to:
    **OneWest Bank, FSB**

2.  You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3.  As of **12/4/2009** the total delinquency owed was **$53,436.37**, because of interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid. Before forwarding payment please contact the above at the address or phone number listed in order to receive the current amount owed.

4.  As of **12/16/2009**, the amount required to pay the entire debt in full was the unpaid principal balance of **$676,959.95**, plus interest from **2/1/2008**, late charges, negative escrow and attorney and/or trustee's fees and costs that may have been incurred.  The amount will increase daily until the debt has been paid in full. For further information please write to the above listed address or call **619-645-7711**.

5.  You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice.  In that event, we will obtain and mail to you written verification of the debt. Otherwise, we will assume that the debt is valid.

> **WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION
> WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

E

24

**RECORDING REQUE... ...D BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**

Recording requested by:
Quality Loan Service Corp

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 12/07/2009
AS INSTRUMENT NO. 2009-1844406
IN BOOK                    PAGE
OFFICIAL RECORDS OF LOS ANGELES

Space above this line for Recorder's Use

TS # CA-08-215948-TC                    Order # 4328796 -DC

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You
may have the legal right to bring your account in good standing by paying all of your past due payments
plus permitted costs and expenses within the time permitted by law for reinstatement of your account
(normally five business days prior to the date set for the sale of your property). No sale may be set until
three months from the date this notice of default is recorded (which date of recordation appears on this
notice). This amount is $53,406.37 as of 12/4/2009 and will increase until your account becomes current.
    While your property is in foreclosure, you still must pay other obligations (such as insurance and
taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the
loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in
the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to
reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a
condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property
taxes, and hazard insurance premiums.
    Upon your written request, the beneficiary or mortgagee will give you a written itemization of the
entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even
though full payment was demanded, but you must pay all amounts in default at the time payment is made.
However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice
of sale is posted (which may not be earlier than the three-month period stated above) to, among other
things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or
(2) establish a schedule of payments in order to cure your default; or both (1) and (2).
    Following the expiration of the time period referred to in the first paragraph of this notice, unless the
obligation being foreclosed upon or a separate written agreement between you and your creditor permits a
longer period, you have only the legal right to stop the sale of your property by paying the entire amount
demanded by your creditor.
    To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your
property is in foreclosure for any other reason, contact:

**OneWest Bank, FSB
C/O Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711**

E

25

**EXHIBIT F**

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

January 15, 2010

One West Bank Legal Department                    *VIA CERTIFIED MAIL*
Corporate Legal HQ-06-02
888 E. Walnut St
Pasadena, CA 91101

Re: Christy Weston
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

Gentlemen:

Maybe your office can help me. I wrote a four page letter to IndyMac Mortgage Services describing the problem and making several demands for information (copy enclosed). I served this letter on all interested parties listed below and to date, I have received no reply.

In a conversation with Kelly in IndyMac Customer Service on or about 11/09/2009, Christy Weston was told that active foreclosure had started on 01/13/2009. She was further informed that the matter is on hold because of a third party lien prior to IndyMac. Your office was identified as being in charge of that legal review.

Ms. Weston continues to work actively on her loan modification with IndyMac Mortgage Servicing and is represented by Donna Reino at Los Angeles Neighborhood Housing Services [(213) 381 2862 x 222]. My office will remain in charge of all communications regarding collection activity, including foreclosure, on any obligations concerning the property at 5144 Bascule, Woodland Hills, CA 91364. I will also handle payoff inquiries on the senior lien described in my last letter.

Sincerely,

Michael Worthington

encl          See Service List Attached - if followed by a number, *via facsimile*

EXHIBIT F          26

cc:     <u>W/O Enclosure</u> -
        Quality Loan Service Corp. [(619) 568 3592]
        Deutsche Bank National Trust Company [(310) 788 6120]
        Mortgage Electronic Registration System [(703) 748 0183]
        IndyMac Loan Servicing [(269) 353 2474]

        <u>With Enclosure</u> -
        Faslo Solutions, Inc

one west legal 011510 418

2.7                            F

| HP LaserJet 3100 Printer/Fax/Copier/Scanner | AD HOC BROADCAST REPORT for ILC 818 908 1127 Jan-15-10   6:16PM |
| --- | --- |

| Job | Phone Number | Start Time | Pages | Mode | Status |
| --- | --- | --- | --- | --- | --- |
| 210 | T12693532474............... | 1/15   6:10PM...... | 3/ 3 | BC ......... | Completed.................................. |
| 210 | T16195683574............... | 1/15   6:12PM...... | 3/ 3 | BC ......... | Completed.................................. |
| 210 | T13107886120............... | 1/15   6:13PM...... | 3/ 3 | BC ......... | Completed.................................. |
| 210 | T17037480183............... | 1/15   6:14PM...... | 3/ 3 | BC ......... | Completed.................................. |

Law Office
**MICHAEL WORTHINGTON, APC**
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

*FACSIMILE TRANSMISSION*

TO:    INDY MAC MORTGAGE SERVICES

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:    JANUARY 15, 2010

SU:    LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO: (818) 908 1127

RECIPIENT'S FAX NO: (269) 353 2474

SENDER'S TELEPHONE NUMBER: (818) 907-1696

THIS TRANSMISSION CONSISTS OF 3 PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

cc: Quality Loan Service Corp. [(619) 568 3574]; Deutsche National Trust Co [(310) 788 6120]

    Mortgage Electronic Registration System, Inc. [(703) 748 0183]

------------------------------------------------------------

This facsimile is for the personal and exclusive use of the recipients(s) named above. Its terms are not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and return the original facsimile by mail.

COMPLETED BY: _____*llw*_____

APPROXIMATE TIME: ___5:35 PM___

F

2-8

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>One West Bank<br>Corporate Legal<br>888 E. Walnut St.<br>Pasadena, CA 91101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 1 9 2009 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 1490 0000 5324 4565 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

2-9

**EXHIBIT G**

 **OneWest Bank**

SCAN

One West Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009

800 781 7399 Tel
269 353 2460 International Callers

www.onewestbank.com

January 26, 2010

The Law Office of Michael Worthington, APC
Attn: Michael Worthington
15760 Ventura Blvd. Suite 700
Encino, CA 91436

Subject: Mortgage Loan Number 1009621820

Dear Michael Worthington:

Thank you for writing IndyMac Mortgage Services, a division of OneWest Bank, FSB regarding your mortgage loan.

IndyMac Mortgage Services received your letter requesting additional information regarding your loan and is in the process of evaluating your request to determine whether your letter is considered a RESPA - Qualified Written Request (RESPA - QWR) under the Real Estate Settlement Procedures Act (RESPA). If your letter does constitute a RESPA - QWR, IndyMac Mortgage Services is required to provide an acknowledgement letter within 20 business days of receipt of your letter and is also required to have the issue(s) raised in your letter addressed or resolved by the 60th business day of receipt of your letter.

Please be advised this letter shall serve as that acknowledgement for receipt of your letter. IndyMac Mortgage Services reserves its right to conclude and inform you that your letter may not constitute a RESPA - QWR but will, in any event, provide a response to your letter when required under applicable laws.

If you need further assistance, please contact Customer Service Direct at (800) 781-7399. Representatives are available Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time.

Respectfully,

Customer Service
IndyMac Mortgage Services, a division of OneWest Bank, FSB

This company is a debt collector and any information obtained will be used for that purpose. However, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or your debt has been discharged pursuant to the bankruptcy laws of the United States, this communication is intended solely for informational purposes.

RS777 015 26H

 **Member FDIC**

EXHIBIT 6

30

# EXHIBIT H

 **OneWest Bank**

One West Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009

February 11, 2010

800 781 7399 Tel
269 353 2460 International Callers

Law Office of Michael Worthington, APC
15760 Ventura Blvd., Suite 700
Encino, CA  91436

www.onewestbank.com

RE: Mortgage Loan Number   1009621820

Dear Michael Worthington,

We recently received a written inquiry sent to us from you on behalf of our customer.
IndyMac Mortgage Services, a division of OneWest Bank®, FSB does not have
authorization from the customer allowing us to respond to your inquiry.  As we need this
authorization before we can respond, enclosed is an authorization form that must be
signed by our customer.

Please resend your request along with the signed authorization to:

IndyMac Mortgage Servicing
6900 Beatrice Dr.
Kalamazoo, MI 49009
Attn:  QWR Department

Please be advised that in providing the above response, IndyMac Mortgage Services is
not limiting or waiving any rights or remedies it may now or hereafter have, whether
arising under your client's loan documents, at law or in equity, all of which rights and
remedies are expressly reserved. Further, the subject loan remains in full force and effect
and we will continue to service the loan in accordance with the loan documents and
applicable law.  If you are requesting documents in your correspondence please include
the order form enclosed along with a check to expedite the process.

In the event you require further assistance please call 1-800-781-7399 Monday through
Friday, from 8:00 a.m. until 9:00 p.m. EST.

Respectfully,

IndyMac Mortgage Services, a division of OneWest Bank®

**This company is a debt collector. We are attempting to collect a debt and any information
obtained will be used for that purpose. However, if your debt has been discharged
pursuant to the Bankruptcy laws of the United States, this communication is intended
solely for informational purpose**

 Member **FDIC**
LENDER

3 2   4

*100942/820*

Law Office
**MICHAEL WORTHINGTON, APC**
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

December 30, 2009

*VIA FACSIMILE*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

Attn: Correspondence Research

Re: Christy Weston
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co

Ɛscalation Specialist

**Date**      FEB 0 9 2010

Gentlemen:

This is in response to YOUR[1] unsigned letter to Christy Weston (hereinafter "borrower") regarding the above referenced account dated 12/04/2009 (copy attached).

**THIS SHALL CONSITUTE NOTICE OF DISPUTE AS TO THE VALIDITY OF THE CLAIMED DEBT. PLEASE PROVIDE A COMPLETE BILL OF PARTICULARS SUPPORTING YOUR CLAIM THAT A BALANCE OF $780,976.45 WAS DUE AND OWING TO YOU ON DECEMBER 4, 2009 BY CHRISTY WESTON.**

I have previously notified YOUR firm by letter dated 10/10/2009 of my representation of Ms. Weston, however that letter was not properly acknowledged and I've been unable to engage in direct dialogue with any appropriate counterpart on YOUR end.  Ms. Weston is now working with a HUD approved counselor on her loan modification.  I will continue to represent her in defense of this collection matter.  There are many reasons why my client disputes the validity of this claim.  In

---

[1]

The words "YOU" or "YOUR" in this letter refer specifically to Indy Mac Mortgage Services, sender, but also includes, without limitation, all entities on whose behalf the claim is made, among them the Indy Mac entity that first made the loan, Quality Loan Service Corp., One West Bank, Deutsche Bank National Trust Company, Mortgage Electronic Registration Systems (MERS) Faslo Solutions, Inc. and any other transferees, assigns, representatives or other related persons or entities participating in the collection, enforcement, modification or otherwise seeking to extract economic benefit from loan transactions involving Ms. Weston and/or the subject property located at 5144 Bascule, Woodland Hills, CA transaction on which this claim is made (hereinafter the "PROPERTY").

33  H'

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

March 8, 2010                                        *VIA CERTIFIED MAIL*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Property: 5144 Bascule Ave., Woodland Hills, CA 91364
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

Gentlemen:

Enclosed please find return of my last letter dated 02/23/2010 with attachments which One West sent back of 03/01/2010 indicating they need an authorization to respond. As oft reiterated, you have had my signed authorization to represent Ms. Weston since December of 2009 and you have acknowledged same in writing. Nonetheless, your current authorization is enclosed along with my check for $65.00 in payment of charges per the accompanying Document Request Form.

I also enclose a Notice of Sale for this property set for <u>March 29, 2010</u>. Our demand that this be continued for ninety (90) days is again made. We anticipate prompt written confirmation that said sale date has been cancelled.

Sincerely,

Michael Worthington
encl
cc:    Quality Loan Service Corp. [CA-08-215948TC]

EXHIBIT 1          37

**IndyMac Bank Home Loan Servicing**

**Authorization & Request to**

**Provide Account Information to Third Party**

**& Fee Acknowledgement**

IndyMac Mortgage Loan Number: _1009671820_

Borrower(s) Name: _CHRISTY WESTON_

Property Address: _5144 BASCULE AVE_

Third Party Name: _MICHAEL WORTHINGTON, ESQ._

Address: _15760 VENTURA BLVD # 700_

Phone (Daytime): _818 907 1696_   Fax: _____

I hereby authorize the third party listed above to obtain any information on my above-referenced mortgage loan account. I further acknowledge and agree that applicable fees may be assessed to my account as a result of the third party's requests. Fees may be charged per item, per request and are subject to change. This authorization does not expire until revoked by me.

Please provide the following information to the third party. This request does not limit future requests from the third party.

_____ Payoff Statement Through Date: _____

_____ Verification of Mortgage

_____ Payment History

_X_ Other: _See attached_

| Payoff Statement Fees: | |
| (A separate tax fee is does not apply if a payoff statement fee is assessed) | |
| (Payoff Statements are available at no cost through Customer Care Net www.indyMacBank.com) | |
| California | $30.00 |
| Nevada | $60.00 |
| Facsimile Fee (first class mail available at no cost) | $20.00 |
| Verification of Mortgage (VOM) (VOM includes a 12 month payment history) | $15.00 |
| Payment History (per year) (ordered separate from VOM) | $10.00 |
| A complete fee schedule is mailed at least annually | |

_Borrower Signature_

_Co-Borrower Signature_

_3/8/10_
Date

_____
Date

38

IndyMac Mortgage Services a Division of OneWest Bank
Document Request Form

IndyMac Mortgage Loan Number: _7009631820_
IndyMac Borrower(s) Name: _CHRISTY WESTON_
Property Address: _5144 BASCULE AVE_
_WOODLAND HILLS, CA. 91364_

Check the box that corresponds to the document copies needed:

| Item Requested | Fee | Your Request |
|---|---|---|
| Authorization | $5.00 | 5 00 |
| Loan Application | $5.00 | 5 00 |
| Good Faith Estimate | $5.00 | 5 00 |
| Truth in Lending Statement | $5.00 | 5 00 |
| HUD-1 | $5.00 | 5 00 |
| Deed of Trust | $10.00 | 10 00 |
| Note & Any Addendums | $10.00 | 10 00 |
| Initial Disclosures | $5.00 | 5 00 |
| Notice of Right to Cancel (Refinance Only) | $5.00 | 5 00 |
| Appraisal | $10.00 | 10 00 |
| Payment History (12 Month) | Free | |
| Payment History (24 Month) | $10.00 | |
| Payment History (36 Month) | $20.00 | |
| Payment History (48 Month) | $30.00 | |
| | Total | $ 65 00 |

Once complete, send this order form and a check for the total amount due to:

IndyMac Mortgage Services
6900 Beatrice Drive
Kalamazoo, MI 49009
Attn: RESPA Dept

39

Recording requested by
Quality Loan Service Corp

When recorded mail to
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

TS # CA-08-215948-TC          Order # 4328796          SPACE ABOVE THIS LINE FOR RECORDER'S USE

---

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 3/23/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     **CHRISTY WESTON AN UNMARRIED WOMAN**
Recorded:     3/29/2007 as Instrument No. 20070733304 in book xxx, page xxx of Official Records in the office of the Recorder of LOS ANGELES County, California;

Date of Sale:     3/29/2010 at 10:30 AM
Place of Sale:     At the West side of the Los Angeles County Courthouse, directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, CA 90650
Amount of unpaid balance and other charges: $767,826.50
The purported property address is:     5144  BASCULE AVE
    WOODLAND HILLS, CA 91364

Assessors Parcel No. 2166-031-015

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, please refer to the referenced legal description for property location. In the event no common address or common designation of the property is provided herein directions to the location of the property may be obtained within 10 days of the date of first publication of this Notice of Sale by sending a written request to OneWest Bank, FSB 2900 Esperanza Crossing Austin TX 78758

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;

[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52.


40

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Date: 3/8/2010                          Quality Loan Service Corp.
                                        2141 5th Avenue
                                        San Diego, CA 92101
                                        619-645-7711 For NON SALE information only
                                        Sale Line: 714-730-2727 or Login to: www.fidelityasap.com
                                        Reinstatement Line: (877) 908-4357

                                        _____

                                        Quality Loan Service, Corp.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

J⁷   41

## NOTICE OF SALE
## PURSUANT TO SECTION 2924.8 OF THE CIVIL CODE

Foreclosure process has begun on this property, which may affect your right to continue to live in this property. Twenty days or more after the date of this notice, this property may be sold at foreclosure. If you are renting this property, the new property owner may either give you a new lease or rental agreement or provide you with a 60-day eviction notice. However, other laws may prohibit an eviction in this circumstance or provide you with a longer notice before eviction. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.

### 出售公告
### 依据民法典第2924.8条

因本房产的赎进程序已经开始，这可能会影响您在此继续居住的权利。从本通知起的二十天后，本房产可能会被出售。如果你是租房户，新的房主可能给你新的出租协议，或通知您在60天内搬家。但有些法律可能禁止在此情况下的清房，或可为您提供更长的搬家期限。您可以与您的律师、您当地的法律援助或房屋咨询机构讨论您的有关权利。

### 매매 통고
### 민법 제 2924.8 항에 의거

이 건물에 대한 차압 절차가 시작되었으며, 그로 인해 귀하가 이 건물에서 계속해서 거주할 수 있는 권리에도 영향이 미칠 수 있습니다. 이 통고문의 날짜로부터 20일 혹은 그 후에, 이 건물은 차압 매매될 수 있습니다. 만약 귀하가 이 건물을 임차하고 있다면, 새로운 건물 소유주는 귀하의 새임대차 계약을 하거나 또는 60일 이내 퇴거하라는 통고를 할 수 있습니다. 그러나, 다른 법률들은 이런 상황에서의 퇴거를 금지하거나 또는 귀하에게 퇴거하기 전까지 연장된 기간의 통고를 하도록 할 수도 있습니다. 귀하의 권리에 대한 상담을 하기 위해 귀하는 변호사 또는 귀하가 있는 지역의 법률 구조 기관 혹은 주택 상담 기관에 연락할 수도 있습니다.

### ANUNCIO DE VENTA
### SEGÚN LA SECCIÓN 2924.8 DEL CÓDIGO CIVIL

El proceso de ejecución de hipoteca ha comenzado en esta propiedad, lo que puede afectar su derecho de vivir en esta propiedad. La propiedad puede ser vendida en ejecución de hipoteca veinte días o más después de la fecha de este aviso. Si usted está rentando esta propiedad, el nuevo dueño de la propiedad puede darle a usted un nuevo contrato de arrendamiento o alquiler o darle un aviso de desalojo de 60-días. Sin embargo, otras leyes tal vez puedan prohibir un desalojo en esta circunstancia o proveerle a usted un aviso de desalojo de más tiempo para que desaloje la propiedad. Tal vez usted desee comunicarse con un abogado o su ayuda legal de la localidad o agencia de consejería de vivienda para hablar de cualquier derecho que usted tal vez tenga.

### PAUNAWA SA PAGBENTA
### BATAY SA SEKSYON 2924 8 NG NILAGDAANG SIBIL

Ang proseso ng pagreremata ay nagsimula na sa pag-aaring ito, na kung saan ay maaaring makaapekto sa inyong karapatan na tuluyang manirahan sa pag-aaring nabanggit. Dalawampung araw o higit pa matapos ang petsang naisagawa ang paunawang ito, ang nasabing pag-aari ay maaari nang ibenta batay sa pagremata. Kung kayo ay nangungupahan sa pag-aaring ito, ang bagong may-ari ay maaaring magbigay ng bagong kasunduan sa paghiram o pagbenta o bigyan kayo ng kasulatan na paunawa na makalipat sa loob ng 60 na araw. Gayunpaman, maaaring ipagbawal ng ibang batas ang pagpapaalis sa pagkakataong ito o maaaring bigyan kayo ng mas mahabang panahon bago ang pagpapaalis. Minumungkahi kayong makipagbigay alam sa inyong abogado o lokal na katulong pang-legal o ahensiya ng payong pabahay upang pag-usapan ang alinmang karapatan na kayo ay mayroon.

### THÔNG BÁO BÁN
### THEO ĐIỀU 2924.8 BỘ LUẬT DÂN SỰ

Việc bắt đầu tịch thu tài sản này có thể ảnh hưởng đến quyền tiếp tục sinh sống của bạn tại đây. Bắt đầu từ hai mươi ngày trở đi sau thông báo, tài sản này có thể bị tịch thu để trả nợ. Nếu bạn đang mướn nhà tại đây, chủ tài sản mới sẽ gửi cho bạn cam kết mới về việc thuê hoặc mướn hoặc có thể sẽ gửi cho bạn thông báo rời khỏi nhà trong vòng 60 ngày. Tuy nhiên, một số luật khác có thể không cho phép việc yêu cầu rời khỏi nhà trong trường hợp này mà gửi cho bạn thông báo sớm hơn trước khi yêu cầu bạn rời đi. Bạn nên liên hệ với luật sư hoặc tổ chức giúp đỡ luật địa phương hoặc cơ sở tư vấn nhà để tham khảo những quyền bạn có.

42

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 44 |
| Certified Fee | 280 | |
| Return Receipt Fee (Endorsement Required) | 230 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 554 |

Sent To  Q lty loan svc
Street, Apt. No.; or PO Box No.  2141 5th Ave SADiego CA
City, State, ZIP+4  San Diego CA 92101-

7007 1490 0000 5324 4107

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1 56 |
| Certified Fee | | wl a |
| Return Receipt Fee (Endorsement Required) | 2 80 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 230 | |
| Total Postage & Fees | $ | 6 66 |

3/8/10

Sent To  Indy Mac Mort svc RESPA
Street, Apt. No.; or PO Box No.  6900 Beatrice Dr  Dept
City, State, ZIP+4  Kalamazoo MI 49003-4045

7007 1490 0000 5324 4114

PS Form 3800, August 2006          See Reverse for Instructions

43

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 1490 0000 5324 4107
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:58 AM on March 11, 2010 in SAN DIEGO, CA 92101.

**Track & Confirm**

Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION *ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*) SANDO, 1A C   B. Date of Delivery MAR 11 2010<br>C. Signature<br>X          ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Quality Loan Service Corp<br>2141 5th Ave.<br>San Diego, CA 92101-2101 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0000 5324 4107 |

PS Form **3811**, March 2001        Domestic Return Receipt        102595-01-M-1424

44


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 1490 0000 5324 4114
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:19 AM on March 12, 2010 in KALAMAZOO,
MI 49003.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Detailed Results:
• **Delivered, March 12, 2010, 8:19 am, KALAMAZOO, MI 49003**
• **Arrival at Unit, March 12, 2010, 7:30 am, KALAMAZOO, MI 49001**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery  03/12/10<br>C. Signature  X _____  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>IndyMac Mortgage Services<br>5900 Beatrice Dr.<br>Kalamazoo, MI 49009<br><br>Attn: RESPA Dept | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7007 1490 0000 5324 4114 |
| PS Form 3811, March 2001 | Domestic Return Receipt   102595-01-M-1424 |

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436                    SCAN

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

February 23, 2010

IndyMac Mortgage Services                    *VIA CERTIFIED MAIL*
P.O. Box 4045
Kalamazoo, MI 49003-4045

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

Gentlemen:

This is a "qualified written request" under Section 6 of the Real Estate Settlement Procedures Act (RESPA).

I am writing you now because of your letter of acknowledgment of receipt dated January 26, 2010 in respect to my correspondences concerning the above loan(s). My January 15, 2010 correspondence did include a copy of my 12/30/2009 letter to the above addressee with receipt for delivery via facsimile completed the same day at 5:44pm (PST) to (269) 353 2474.

At the time of my first letter, I was responding to your demand directed to my client Christy Weston dated 12/04/2009 and a copy was attached. According to your letter, which was sent on behalf of Securitization Trust INDX 2007 - FLX3 Deutsche Bank National Trust Company as Trustee/Master Servicer, we were disputing the validity of your claim for payment of a debt in the amount of **$780,976.45**. This was done according to your instructions to send written notice of dispute within thirty (30) days in order to receive a copy of verification of the debt or judgment.

My second letter to you was dated 01/15/2009 via certified mail for which I have a receipt dated 01/19/2010. Whether or not you decide to construe the notices as a Qualified Written Request under RESPA, you did state upon receipt of our written dispute (i.e. no later than 12/31/2009) -

> " ...the law requires us to stop our collection efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you"

EXHIBIT 1    34

Indy Mac Mortgage Services
Re: Christy Weston 1009621820
February 23, 2010
Page 2

Obviously this must include non-judicial foreclosure, yet I've been informed by Ms. Weston's HUD foreclosure counselor that you have set a sale date on the subject property for <u>March 8, 2010</u>. PLEASE CONFIRM THAT THE FORECLOSURE SALE DATE HAS BEEN POSTPONED FOR AT LEAST NINETY (90) DAYS IN ORDER TO ENSURE COMPLETION OF RESPA PROCEDURES.

We have previously made clear and reiterate at this time our demand for clarification of numerous errors we believe have been made in the mortgage accounts, including without limitation:

1.  Fully itemized statement and documentation in support of the amount of indebtedness
2.  Name and address of the original creditor
3.  Name and address of present creditor and date(s) on which the interest was obtained
4.  Name and address of each intervening creditor and date(s) during which the interest was held.

Please refer to my prior correspondences of 12/30/2009 and 01/15/2010 as discussed above, copies of which are enclosed for your edification.

Sincerely,

Michael Worthington
encl
cc:    Quality Loan Service Corp. [CA-08-215948TC]
       Deutsche Bank National Trust Company
       Faslo Solutions, Inc. [1009621838]
       Mortgage Electronic Registration System

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

2/23/10

Sent To   Indy Mac MortSvc
Street, Apt. No.; or PO Box No.   P O Box 4045
City, State, ZIP+4   Kalamazoo MI

7007 1490 0000 5324 4572

PS Form 3800, August 2006          See Reverse for Instructions

35

Home | Help | Sign In

**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 1490 0000 5324 4572
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:40 AM on February 25, 2010 in KALAMAZOO, MI 49003.

**Track & Confirm**

Enter Label/Receipt Number.

[_____]  ( Go > )

Detailed Results:
• **Delivered, February 25, 2010, 8:40 am, KALAMAZOO, MI 49003**
• **Arrival at Unit, February 25, 2010, 8:09 am, KALAMAZOO, MI 49001**

## Notification Options

**Track & Confirm by email**  ( Go > )

Get current event information or updates for your item sent to you or others by email.

---

Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

No FEAR Act EEO Data    FOIA

yright© 2010 USPS. All Rights Reserved.

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery   02 25 10 <br><br> C. Signature   X _____   ☐ Agent  ☐ Addressee <br><br> D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to: <br><br> Indy Mac Mortgage Svc <br> P.O. Box 4045 <br> Kalamazoo, MI 49003-4045 <br><br> Attn: RESPA Qualified <br> Written Request | 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered    ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)*   7007 1490 0000 5324 4572 | |
| PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424 | |

36

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

March 19, 2010                    *VIA FACSIMILE*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Property: 5144 Bascule Ave., Woodland Hills, CA 91364
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

Gentlemen:

Hello?  Are there any human beings working there with a brain?  I cannot believe you think it's okay to just return my certified letters, especially the last one dated March 8, 2010 from which you removed the cover letter , my client's signed authorization herein and my check payable to you for copies of documents we have requested.  I verified today that my check still has not cleared the bank.  I enclose yet another copy of the authorization and my 03/08/10 letter so these don't disappear from the record. I'm returning your returns for identification.

You've never identified a PERSON for us to contact as the law requires.

There's no more time for fooling around, you have a foreclosure sale date set for March 29, 2010 via Quality Loan service Corp.  You'll have to respond to us in court if that date is not continued.

Sincerely,

Michael Worthington
encl
cc:      Quality Loan Service Corp. [CA-08-215948TC]
         MERS
         Deutsche Bank
         Faslo Solutions, Inc.

EXHIBIT K      46

**EXHIBIT** 4

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700          SCAN
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

March 23, 2010

IndyMac Mortgage Services                          *VIA FACSIMILE*
P.O. Box 4045
Kalamazoo, MI 49003-4045

                                            IMB HoldCo
Quality Loan Service Co.                     For OneWest Bank FSB
2141 5th Ave.                                888 Walnut Ave.
San Diego, CA 92101                          Pasadena, CA 91101-7211

Attn: Daniel Goudling, Esq                   Attn: Steven Mnuchin

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Property: 5144 Bascule Ave., Woodland Hills, CA 91364
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

## NOTICE OF INTENT TO SUE

Gentlemen:

Pursuant to my telephone message left with attorney Daniel Gouding at Quality Loan Service yesterday and my last letter sent to Mr. Goulding's attention by Express Mail and to IndyMac Loan Services at their address in Kalamazoo (tracking records attached), demand is hereby made as follows:

1.  That a responsible duly authorized person for IndyMac Loan Services and OneWest Bank contact me immediately at the above telephone to discuss the status of Ms. Weston's Qualified Written Request under RESPA

2.  That the foreclosure sale date per the Quality Loan Service Corp Trustee Sale number CA 08 215948 TC be cancelled IMMEDIATELY and any continuance date be sent to me in writing *via facsimile* or as an e-mail to the above captioned fax number and/or e-mail address.

If these demands are not met we will file suit in the US District Court for the Central District of California for violation of the Real Estate Settlement Procedures Act (12 USC Sec 2605, et seq) and for injunctive relief in respect to the aforementioned foreclosure sale. There will be an application for Temporary Restraining Order in which all efforts to communicate with you will be detailed. In particular, the court will be provided

EXHIBIT 4 7

IndyMac Mortgage Services, Et Al
March 23, 2010
Page 2

with a detailed description of the measures taken by IndyMac Mortgage Services and OneWest Bank to prevent communication by refusing to disclose telephone, fax or e-mail contacts for any PERSON who can communicate on behalf of those organizations in respect to the RESPA QWR or any other matters of legal significance, and returning all mail that is sent in by the borrower or on the borrower's behalf.

Sincerely,

Michael Worthington

encl

cc:     MERS
        Deutsche Bank
        Faslo Solutions, Inc.

imac 032310 418

L 48

EB 393354165 US

**EXPRESS MAIL**
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®

**Customer Copy**

Post Office To Addressee

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code 91401 | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ 28.90 |
| Date Accepted 3 Day 22 Year 10 | Scheduled Date of Delivery Month 3 Day 23 | Return Receipt Fee $ |
| Time Accepted ☐ AM ☑ PM 2:14 | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ | Insurance Fee $ |
| Flat Rate ☐ or Weight 1 lbs. 10 ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 28.90 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

| DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday     Mailer Signature

FROM: (PLEASE PRINT)   PHONE 818 · 907 1696

michael Worthington
15760 Ventura Bl., #700
Encino, CA 91436

TO: (PLEASE PRINT)   PHONE 877 · 908 4357

IndyMac Mortgage Services
6900 Beatrice Dr.
Kalamazoo, MI 49009
Attn: RESPA Dept

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

4 9 0 0 3 + 4 0 4 5

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

*EMS*

L' 49


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: EB39 3354 165U S
Class: Express Mail®
Status: Delivered

Your item was delivered at 10:16 AM on March 23, 2010 in
KALAMAZOO, MI 49009 to INDY MAC . The item was signed for by A
RHOADES.

Detailed Results:

- Delivered, March 23, 2010, 10:16 am, KALAMAZOO, MI 49009
- Arrival at Unit, March 23, 2010, 9:46 am, KALAMAZOO, MI 49009
- Processed through Sort Facility, March 23, 2010, 9:34 am, KALAMAZOO, MI 49009
- Processed through Sort Facility, March 23, 2010, 8:11 am, GRAND RAPIDS, MI 49512
- Processed through Sort Facility, March 22, 2010, 2:56 pm, VAN NUYS, CA 91405
- Acceptance, March 22, 2010, 2:14 pm, VAN NUYS, CA 91401

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

### Proof of Delivery

Verify who signed for your item by email, fax, or mail. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

50



**UNITED STATES**
**POSTAL SERVICE**™

Date: 03/23/2010

Michael Worthington:

The following is in response to your 03/23/2010 request for delivery information on your Express Mail(R) item number EB39 3354 165U S. The delivery record shows that this item was delivered on 03/23/2010 at 10:16 AM in KALAMAZOO, MI 49009 to A RHOADES. The scanned image of the recipient information is provided below.

Signature of Recipient:

Delivery Section

ure

*ARhoades*

Address of Recipient:

*6900 BEATRICE*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

L '51

**EB 393354179 US**

**EXPRESS MAIL**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE ®

**Customer Copy**

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 91401 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 17.05 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| Mo. 3 Day 22 Year 10 | Month 3 Day 23 | $ |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 2100 ☐ AM ☑ PM | ☐ Noon ☐ 3 PM | $ | $ |

| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
|---|---|---|
| 1 lbs. 20 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 17.05 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
|---|---|

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **NO DELIVERY**
☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT)  PHONE ( 818 ) 907 1696

MICHAEL WORTHINGTON

15760 Ventura Bl., #700

Encino, CA 91436

**TO:** (PLEASE PRINT)  PHONE ( 619 ) 243 3936

QUALITY KOAN SERVICE CORP.
Legal Dept.

2141 5th Ave.

San Diego, CA 92101
Attn: Daniel Goulding, ESQ

| ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.) |
|---|
| 9 2 1 0 1 + 2 1 0 1 |

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **WWW.usps.com**
Call 1-800-222-1811

*EMS*

L' 52


**UNITED STATES**
**POSTAL SERVICE**®

# Track & Confirm

## Search Results

Label/Receipt Number: EB39 3354 179U S
Class: **Express Mail**®
Status: **Delivered**

Your item was delivered at 10:54 AM on March 23, 2010 in SAN DIEGO, CA 92101. The item was signed for by M SANDOVAL.

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

**Detailed Results:**

- **Delivered, March 23, 2010, 10:54 am, SAN DIEGO, CA 92101**
- **Out for Delivery or Available at PO Box, March 23, 2010, 10:32 am, SAN DIEGO, CA 92101**
- **Sorting Complete, March 23, 2010, 10:02 am, SAN DIEGO, CA 92101**
- **Arrival at Post Office, March 23, 2010, 8:41 am, SAN DIEGO, CA 92101**
- **Processed through Sort Facility, March 22, 2010, 2:56 pm, VAN NUYS, CA 91405**
- **Acceptance, March 22, 2010, 2:16 pm, VAN NUYS, CA 91401**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( **Go >** )

Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA

53


**UNITED STATES POSTAL SERVICE.**

Date: 03/24/2010

Michael Worthington:

The following is in response to your 03/24/2010 request for delivery information on your Express Mail(R) item number EB39 3354 179U S. The delivery record shows that this item was delivered on 03/23/2010 at 10:54 AM in SAN DIEGO, CA 92101 to M SANDOVAL. The scanned image of the recipient information is provided below.

Signature of Recipient:    

Address of Recipient:    

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

54

| | | |
|---|---|---|
| P LaserJet 3100<br>Printer/Fax/Copier/Scanner | | AD HOC BROADCAST REPORT for<br>ILC<br>818 908 1127<br>Mar-23-10   4:00PM |

| Job | Phone Number | Start Time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 305 | T17142476022............... | 3/23   3:56PM...... | 0/ 6 | BC ......... | No Answer................................. 930 |
| 305 | T17037480183............... | 3/23   3:57PM...... | 6/ 6 | BC ......... | Completed....................................... |

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura BL, Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

March 23, 2010                                              *VIA FACSIMILE*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

IMB HoldCo
For OneWest Bank FSB
888 Walnut Ave.
Pasadena, CA 91101-7211

Quality Loan Service Co.
2141 5th Ave.
San Diego, CA 92101

Attn: Steven Mnuchin

Attn: Daniel Goulding, Esq

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Property: 5144 Bascule Ave., Woodland Hills, CA 91364
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

### NOTICE OF INTENT TO SUE

Gentlemen:

Pursuant to my telephone message left with attorney Daniel Goulding at Quality Loan Service yesterday and my last letter sent to Mr. Goulding's attention by Express Mail and to IndyMac Loan Services at their address in Kalamazoo (tracking records attached), demand is hereby made as follows:

1.     That a responsible duly authorized person for IndyMac Loan Services and OneWest Bank contact me immediately at the above telephone to discuss the status of Ms. Weston's Qualified Written Request under RESPA

2.     That the foreclosure sale date per the Quality Loan Service Corp Trustee Sale number CA 08 215948 TC be cancelled IMMEDIATELY and any continuance date be sent to me in writing *via facsimile* or as an e-mail to the above captioned fax number and/or e-mail address.

If these demands are not met we will file suit in the US District Court for the Central District of California for violation of the Real Estate Settlement Procedures Act (12 USC Sec 2605, et seq) and for injunctive relief in respect to the aforementioned foreclosure sale. There will be an application for Temporary Restraining Order in which all efforts to communicate with you will be detailed. In particular, the court will be provided

55

| HP LaserJet 3100<br>Printer/Fax/Copier/Scanner | AD HOC BROADCAST REPORT for<br>ILC<br>818 908 1127<br>Mar-23-10   1:03PM |
|---|---|

| Job | Phone Number | Start Time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 303 | T16195683628............... | 3/23 12:53PM | 6/ 6 | BC ......... | Completed............................... |
| 303 | T16195683574............... | 3/23 12:56PM | 6/ 6 | BC ......... | Completed............................... |
| 303 | T12693532474............... | 3/23 12:58PM | 6/ 6 | BC ......... | Completed............................... |
| 303 | T12693532432............... | 3/23  1:01PM | 6/ 6 | BC ......... | Completed............................... |

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura BL, Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawcty.com

March 23, 2010                    *VIA FACSIMILE*

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

                                  IMB HoldCo
                                  For OneWest Bank FSB
Quality Loan Service Co.          888 Walnut Ave.
2141 5th Ave.                     Pasadena, CA 91101-7211
San Diego, CA 92101

Attn: Daniel Goulding, Esq        Attn: Steven Mnuchin

Attn: RESPA - QUALIFIED WRITTEN REQUEST

Re: Christy Weston
Property: 5144 Bascule Ave., Woodland Hills, CA 91364
Loan No: 1009621820
INDX 2007 FLX 3 Deutsche Bank National Trust Co
Quality Loan Service Corp. No: CA-08-215948TC
Faslo Solutions, Inc. Loan No: 1009621838
Mortgage Electronic Registration System

                  NOTICE OF INTENT TO SUE

Gentlemen:

Pursuant to my telephone message left with attorney Daniel Goulding at Quality Loan Service yesterday and
my last letter sent to Mr. Goulding's attention by Express Mail and to IndyMac Loan Services at their address
in Kalamazoo (tracking records attached), demand is hereby made as follows:

1.    That a responsible duly authorized person for IndyMac Loan Services and OneWest Bank contact
      me immediately at the above telephone to discuss the status of Ms. Weston's Qualified Written
      Request under RESPA

2.    That the foreclosure sale date per the Quality Loan Service Corp Trustee Sale number CA 08215948
      TC be cancelled IMMEDIATELY and any continuance date be sent to me in writing *via facsimile*
      or as an e-mail to the above captioned fax number and/or e-mail address.

If these demands are not met we will file suit in the US District Court for the Central District of California
for violation of the Real Estate Settlement Procedures Act (12 USC Sec 2605, et seq) and for injunctive relief
in respect to the aforementioned foreclosure sale.  There will be an application for Temporary Restraining
Order in which all efforts to communicate with you will be detailed.  In particular, the court will be provided

L1'   56

Law Office
**MICHAEL WORTHINGTON, APC**
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

March 24, 2010

IMB HoldCo                                              *VIA UPS*
888 Walnut Ave.
Pasadena, CA 91101-7211

Attn: Steven Mnuchin

Re: Christy Weston v IndyMac
USDC: Unassigned
Loan No: 1009621820

Dear Mr. Mnuchin,

My fax correspondence to you at (626) 229 1891 is being returned despite the fact that your
telephone representative told me yesterday it would be delivered.  That may mean the fax I sent
you today will be returned as well, so I enclose copies of both.

Thank you for your attention to this matter.

Sincerely,

Michael Worthington

mnuchin 032410 418

EXHIBIT M

57

## Your Tracking Information

Status:                    **DELIVERED**
Last Scan:                 **3/25/2010 9:18:00 AM DELIVERED PASADENA, CA US** -
Delivered To:              **PASADENA, CA US**
Delivery Date:             **Thursday, March 25, 2010**
Delivery Time:             **9:18 AM**
Delivery Location:         **RECEIVER**
Signed By:                 **ANNE**
Carrier:                   **UPS**
Service:                   **Ground Commercial**
Expected:                  **Mar. 25, 2010 9:00 PM**
UPS Tracking Number:       **1ZR047R80379333667**

Scan History:

```
3/25/2010 9:18:00 AM DELIVERED PASADENA, CA US
3/25/2010 5:49:00 AM OUT FOR DELIVERY BALDWIN PARK, CA US
3/25/2010 4:34:00 AM ARRIVAL SCAN BALDWIN PARK, CA US
3/25/2010 4:02:00 AM DEPARTURE SCAN VERNON, CA US
3/25/2010 1:28:00 AM LOCATION SCAN VERNON, CA US
3/25/2010 1:05:00 AM ARRIVAL SCAN VERNON, CA US
3/25/2010 12:07:00 AM DEPARTURE SCAN VAN NUYS, CA US
3/24/2010 10:44:00 PM ORIGIN SCAN VAN NUYS, CA US
3/24/2010 9:15:00 PM BILLING INFORMATION RECEIVED  US
```

**NOTE:** The times listed in the scan details are local time.

[ Done ]

*Status as of Friday, March 26, 2010 8:45 AM Pacific Standard Time*                    **Learn More**

## Track Another Package

Enter tracking number:  [                    ]  [ Submit ]

Having trouble? Click here for help.  ● iShip, Inc. Privacy Policy

© 1998 - 2010 iShip, Inc. iShip, the iShip logo, Price It, Track It, Sell It, and Shipping Insight are trademarks of iShip, Inc. iShip, Inc. is a
subsidiary of United Parcel Service of America, Inc. Logo and marks used by permission. All rights reserved.

M   58

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile:  (818) 908 1127
e-mail: mworthington@intlawctr.com

***FACSIMILE TRANSMISSION***

TO:   IMB HOLDCO - ONEWEST BANK

ATTN: STEVEN MNUCHIN

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:   MARCH 24, 1010

SU:   LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO:  (818) 908 1127

RECIPIENT'S FAX NO: (626) 229 1891

SENDER'S TELEPHONE NUMBER:  (818) 907-1696

THIS TRANSMISSION CONSISTS OF 19 PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

Mr. Mnuchin -

Further to my letter to you yesterday, attached please find our draft complaint in the matter of Christy Weston v IndyMac Mortgage Services, et al articulating in detail the problems we've had dealing with your organization, which being with your failure and refusal to identify a person with whom we can communicate regarding our RESPA complaint.  If the sale date of March 29, 2010 isn't cancelled, we'll be applying for a TRO and if we have no contact by that time I'll indicate I've tried to obtain one by correspondence with you.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This facsimile is for the personal and exclusive use of the recipients(s) named above.  Its terms are not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and return the original facsimile by mail.

COMPLETED BY: _____

APPROXIMATE TIME: _____2:30 PM____

M  S9

1

2

3

4

5   Plaintiff, Christy Weston

6

7                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
8

9   CHRISTY WESTON, an individual,        )   Case No.
                                          )
         Plaintiff,                       )   COMPLAINT FOR:
10                                        )
                                          )
11  v.                                    )
                                          )   1.   VIOLATION OF REAL
12  INDYMAC MORTGAGE SERVICES, a          )        ESTATE SETTLEMENT
    Division of ONEWEST BANK FSB aka      )        PROCEDURES ACT (12 USC §
    ONEWEST BANK GROUP, LLC, a            )        2605, et seq.)
13  Delaware Limited Liabilty Company;    )
    QUALITY LOAN SERVICE CORP., a         )   2.   INJUNCTIVE RELIEF
14  California Corporation, DEUTSCHE      )
    BANK NATIONAL TRUST COMPANY; a        )   DEMAND FOR TRIAL BY JURY
15  National Banking Association; INDYMAC )
    INDX MORTGAGE LOAN TRUST 2007         )
16  FLX RAY 3; and MORTGAGE               )
    ELECTRONIC REGISTRATION               )
17  SYSTEMS, INC., a Delaware Corporation.)
                                          )
18                                        )
         Defendants.                      )
19  _____     )

20

21

22

23

24

25

26

27                                                    M            60

28
                              COMPLAINT                      Case No.

1       Plaintiff Christy Weston, an individual, (hereinafter "Plaintiff"), for her Complaint against

2 Defendants alleges as follows:

3                           **INTRODUCTION**

4       1.     This case involves a course of predatory lending practices which have caused

5 Plaintiff, who is caretaker for her quadriplegic sister in the residence, to lose all of the equity in her

6 home and be faced with bankruptcy and/or leaving the home they have occupied for approximately

7 20 years and modified to suit the disabled individual's particular needs. The Defendants in this case

8 have violated a panoply of state and federal lending laws and consumer protection and fair debt

9 reporting laws. They have committed fraudulent and deceptive acts, against an unsuspecting

10 borrower who has the added responsibility of providing care for a disabled person.

11       2.     Plaintiff's primary source of income was her sister's monthly State of California In

12 Home care benefit. When Defendants qualified Plaintiff for a S665,000 refinanced loan ("Subject

13 Loan") and took a secured interest in her home, they failed to abide by the most import underwriting

14 guideline governing whether a loan should issue - determining if Plaintiff had sufficient income to

15 pay the monthly payments. Instead, on information and belief, they qualified Plaintiff for the

16 Subject Loan based exclusively on the equity in Plaintiff's home at the time the loan application was

17 filed. The residence is situated at 5144 Bascule Ave in Woodland Hills, California ("Subject

18 Property") and was said to be worth $950,000 at the time.

19       3.     The Subject Loan was approved based on "...your credit history and any proposed

20 change in your monthly mortgage payment". In fact, Plaintiff was told she could only be issued

21 "high risk" loans since she obtained title to the Bascule property, because there had been years of

22 litigation with her former landlord that depleted all of the equity out of the Subject Property, and left

23 it subject to problem loans from the previous owner. Plaintiff was led into a series of three

24 expensive refinances, first with Homecomings in 2005, followed by IndyMac Bank in 2006 and

25 2007. In each transaction, Plaintiff was told this would be the last time she needed to refinance, next

26 time she would be able to get a stable loan she could afford on a long term basis. Defendants, by

27

28

M    61

Case No.

COMPLAINT

1    reason of their superior knowledge of real estate lending, knew that the only way Plaintiff could pay

2    for the Subject Loan was to continue to strip equity out of her home through repeated refinancing.

3         4.    Defendant's actions were classic predatory lending practices. The United States

4    Office of the Comptroller of Currency has opined on what it characterized as a touchstone of

5    predatory lending, i.e., where the lender fails to determine whether a borrower can reasonably be

6    expected to repay the loan from resources *other than* the collateral in the home. O.C.C. Policy

7    Letter AL2003-2. Elaborating, the Office of the Comptroller noted that, when a lender relies upon

8    the liquidation value of the borrower's collateral, it commits classic acts of predatory lending. The

9    Defendants in this case could not possibly have relied upon anything other than the liquidation value

10   of the collateral in Plaintiff's home as the basis for granting her the loan at issue in this case.

11        5.    It is not surprising that among the list of Defendants in this case is IndyMac Mortgage

12   Services, a Division of OneWest Bank, FSB which is owned by IMB HoldCo, LLC and managed by

13   IMB Management Holdings, LP, a Limited Partnership (hereinafter, collectively, "INDY"),  In the

14   New York case of IndyMac Bank, FSB v Yaro-Horosky, 2009 NY Slip Op 52333(U), decided on

15   November 19, 2009 in the Supreme Court, Suffolk County by Spinner, J., the court noted that based

16   on its conduct, it was clear that INDY had "…no good faith intention whatsoever of resolving this

17   matter (foreclosure on defendant's residence) in any manner other than a complete and forcible

18   devolution of title from Defendant." Holding that equitable relief will not lie in favor of one who

19   acts in a manner which is shocking to the conscience, oppressive or unjust and that under such

20   aggravated circumstances as existed in that case INDY could not merely have its action dismissed –

21   the mortgage debt was cancelled and the mortgage was discharged.

22        6.    The experience in Yaro – Horosky should have been a beginning for INDY to right

23   the wrongs it has committed in the past. Defendants herein have failed in that endeavor, and

24   continue to service the Subject Loan in ways that violate numerous federal and common laws. The

25   Defendants' previous conduct has been exacerbated by the development of new tactics, such as the

26   practice of returning ALL of a borrower's Qualified Written Request ("QWR") correspondence and

27   never establishing a personal contact for discussion of voluntary resolution of complaints.

28   

M  6 L

2

Case No.

7.      Specifically, one of the key consumer protections under the Real Estate Settlement Practices Act ("RESPA") is the ability of a borrower to send a letter (QWR) to its loan servicer asking for an accounting of all money owing, late fees charged, etc.  When the borrower sends a QWR to its lender, the lender has 20 days to acknowledge receipt of the QWR and 60 days to provide a substantive response.  On December 30, 2009, Plaintiff sent a QWR to Defendant INDY with copy to Quality Loan Service Corp. ("Quality Loan"), who was purportedly appointed by OneWest Bank's predecessor, IndyMac Federal Bank, as the substitute trustee for the Subject Loan. Follow up correspondence was sent 01/15/2010, 02/23/2010, 03/08/2010 and 03/19/2010.  Notice of Intent to Sue was sent via facsimile and regular mail on 03/23/2010.

8.      Rather than respond to Plaintiff's QWR, INDY forwarded the QWR internally to OneWest Bank, who did not acknowledge receipt until 27 days later on 01/26/2010.  INDY has never provided a substantive response.

9.      INDY has made a series of demands prior to and since 12/30/09  that are plagued with contradictory statements regarding the amount of money Plaintiff owes on the Subject Loan.  In addition, INDY has failed to identify the true owner of the Subject Loan and has failed and refused, and continues to fail and refuse to provide Plaintiff with the documents she requested, even though Plaintiff submitted multiple authorizations and a check for payment of costs of duplication .

10.     On information and belief, Plaintiff's loan was securitized.[*See, In Re Hwang* . 396 B.R. 757, 767 (Bankr. C.D. Cal. 2008) discussing securitization and determining who is the real party in interest].  As is typical when a loan is securitized, the funds Plaintiff borrowed most likely did not come from any source that Plaintiff could readily identify.  Instead, the money for the Subject Loan came from "investors," the identity of whom is concealed by the named Defendants.

11.     Plaintiff cannot file a complete complaint, and in particular include all interested parties and defendants, because the named defendants routinely conceal pertinent information, and maintain it tightly within their control.

12.     The parties that have an interest in this matter, and who are potential defendants include, but are not necessarily limited to various servicers, master servicers, subcontractors, securities administrators, custodians, and others, which Plaintiff cannot include at this time because the named defendants have concealed this information from her.  On information and belief, Plaintiff's loan is part of a Special Purpose Vehicle ("SPV"), which issues securities to certificate holders.

13.     On information and belief, the defendants have no authority to modify the loan under the terms governing the servicing of loans within an SPV.  In many cases, the agent or trustee of the SPV cannot modify the loan without the consent of the certificate holders.

14.     The SPV and certificate holders are necessary parties.  The Defendants, however, are the only parties that have access to the information identifying the SPV and certificate holders. Defendants are required by RESPA to reveal the identity of the SPV and the certificate holders. Rather than comply with their legal duty, Defendants have, instead, intentionally concealed this information.

15.     Defendants have unlawfully initiated foreclosure proceedings on Plaintiff's home. This egregious interfusion of predatory lending, elder abuse (California law includes disabled persons), and wrongful foreclosure, have resulted in horrific and devastating financial losses for this vulnerable and unsuspecting borrower.  This action is to seek redress and restore to Plaintiff the financial security she had prior to this predatory assault on her finances.

12.     Cal. Civil Code 2923.6 states:

a) The Legislature finds and declares that any duty servicers may have to maximize net present value under their pooling and servicing agreements is owed to all parties in a loan pool, not to any particular parties, and that a servicer acts in the best interests of all parties if it agrees to or implements a loan modification or workout plan for which both of the following apply:

(1) The loan is in payment default, or payment default is

M   64

4

COMPLAINT

Case No.

reasonably foreseeable.

(2) Anticipated recovery under the loan modification or workout

plan exceeds the anticipated recovery through foreclosure on a net

present value basis.

(b) It is the intent of the Legislature that the mortgagee, beneficiary, or

authorized agent offer the borrower a loan modification or workout plan if

such a modification or plan is consistent with its contractual or other authority.

(c) This section shall remain in effect only until January 1, 2013, and as of

that date is repealed, unless a later enacted statute, that is enacted before

January 1, 2013, deletes or extends that date.

16.     On information and belief a loan modification will often result in a recovery on a net present value basis, greater than a foreclosure, especially if there is a principal reduction in the loan and this is true for the Plaintiff.  Plaintiff has worked assiduously to complete a loan modification with INDY and her package was submitted by the Los Angeles Neighborhood Housing Services, a HUD approved counselor, on February 23, 2010.  This has been completely ignored and Defendants have failed and refused, and continue to fail and refuse, to cancel the foreclosure sale of March 29, 2010.

## JURISDICTION AND VENUE

17.     This Court has subject matter jurisdiction based upon federal question under 12 U.S.C. § 2614.   This is an action asserting violations of federal statutes commonly known as, RESPA.

18.     After Plaintiff receives the information required to be provided to her, she intends to allege violations of statutes commonly known as TILA, Regulation Z, the Fair Credit Reporting Act, and the Fair Debt Collection practices act, with additional claims under other federal laws and

M 65

Case No.

1  California law and the court will have subject matter jurisdiction based upon federal question under

2  28 U.S.C. § 1331 and 1367, and 15 U.S.C. §1692, and 15 U.S.C. § 1640(e).

3       19.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial

4  part, of the events giving rise to the claims asserted herein occurred in this judicial district, the

5  Subject Property is located in this district.

6       20.    This Court has personal jurisdiction over the parties as all Defendants engage in

7  business within the State of California, County of Los Angeles, and thus have sufficient contacts.

8       21.    This Court has jurisdiction over state claims by virtue of pendent jurisdiction.

9  **DEFINITIONS**

10       22.    As used in this Complaint:

11       a.    The term "RESPA" means the Real Estate Settlement Procedures Act, 12 U.S.C.

12  § 2605 *et seq.*

13  **PARTIES**

14       23.    Plaintiff Christy Weston, an individual, currently maintains her primary residence at

15  5144 Bascule Ave, Woodland Hills, CA. ("Subject Residence"). Plaintiff has resided at the Subject

16  Residence for approximately 20 years. Plaintiff's sister, Heidi Von Beltz, lives with her at the

17  Subject Property and is a quadriplegic under Plaintiff's full time care. At all times herein material,

18  Plaintiff has been living on a fixed monthly income from her sister's In Home Services benefit plus

19  some rent income. Plaintiff has limited sophistication regarding the real estate market and

20  residential loans.

21       24.    Plaintiff is informed and believes, and thereon alleges, that at all times mentioned

22  herein, Defendant One West Bank, FSB was a federal savings bank owned by a Delaware Limited

23  Liability Company named One West Bank Group, LLC (hereinafter collectively "OWB"), that

24  IndyMac Loan Services is now a Division of OWB, and they are the successor of IndyMac Bank,

25  FSB and IndyMac Federal Bank. ("IndyMac") which was taken over by the Federal Deposit

26  Insurance Corporation in or around July, 2008. OWB and it's loan servicing division is in the

27  business of providing mortgage products and services in the State of California.

28

6

Case No.

25.     Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendant Quality Loan Service Corp. was a California corporation authorized to conduct business in the State of California and was a servicer of the Subject Loan issued by Indy Mac Bank on or about 03/23/2007 after it went into default.

26.     Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendant Deutsche National Trust Company was a national banking association doing business in California and was a loan servicer at all times mentioned herein.

27.     Plaintiff is informed and believes that the Subject Loan was securitized by Indy Mac Bank and sold as IndyMac INDX 2007 Mortgage Loan Trust 2007.FLX Ray 3 in April, 2007, a month after it was issued.

28.     Plaintiff is informed and believes, and thereon alleges, that at all pertinent times each of the Defendants was the agent of each of the remaining Defendants, and /or acted with their consent, ratification and authorization, and in doing the acts alleged herein, each of the Defendants acted in such capacity with respect to the remaining Defendants.

29.     In the course of, servicing the Subject Loan Defendants have violated RESPA, and failed to provide material information required to be disclosed under RESPA, and California law. Until Plaintiff obtains the information she is entitled to, she cannot file a complaint that will include necessary parties and include other important information. Once Plaintiff obtains this information she will seek to amend this complaint or dismiss it without prejudice and file a new action. In the meantime she temporarily seeks relief only for violations of RESPA, Cal. Civ. Code §2943, and for temporary injunctive relief to stop the wrongful foreclosure.

## FACTUAL ALLEGATIONS

30.     The core of this action arises out of a loan, provided by Defendants and secured by Plaintiff's home, and the subsequent foreclosure related activity on the Subject Property.

31.     The violations alleged herein began prior to Plaintiff entering into the Subject Loan. Before the closing of the Subject Loan, Defendants were supposed to have provided Plaintiff with the TILA disclosures mandated by Federal Law. A TILA disclosure is a straightforward disclosure of

M   67

1   the payment terms of a loan over the life of the loan.  Federal Law recognizes the need for such

2   disclosures because most borrowers do not have the legal and financial sophistication to read

3   promissory notes.  Defendants violated TILA by withholding the TILA disclosures at the pre-closing

4   phase of the Subject Loan, however, that will be included in a cause of action in an amended

5   complaint.

6       32.  On or about March 23, 2007, Plaintiff signed a promissory note for the Subject Loan

7   resulting in initial payments of $2,251.99 per month.  From the outset this payment amount resulted

8   in negative amortization, but there were also provisions for the payments to increase drastically over

9   time.  IndyMac repeatedly told Plaintiff that she was getting the best loan she could get and

10  promised that they were acting in Plaintiff's, and only Plaintiff's, best interest. Plaintiff was told that

11  in the following year she would be eligible for a loan on terms that she could afford long term.

12      33.  The terms of the Subject Loan were memorialized in a promissory note.  The deed of

13  trust identified Defendant IndyMac Bank, FSB as the lender.  In agreeing to sign the loan documents

14  and to encumber the Subject Property with a deed of trust, Plaintiff relied upon promises made by

15  Defendants predecessor in interest, just as they had intended.

16      34.  About a month after the closing of the loan, there was, unbeknownst to Plaintiff, a

17  securitization and assignment, sale and/or transfer of loan servicing rights and obligations in

18  connection with the Subject Loan by Defendants to Defendant DEUTSCHE and the INDY MAC

19  INDX MORTGAGE LOAN TRUST 2007 FLX RAY3 investors.  On information and belief, INDY

20  MAC specialized in servicing high-risk mortgages, that is, mortgages at or near the foreclosure

21  phase.  These defendants knew, or should have known, of the fraudulent conduct of IndyMac and

22  that they were furthering and compounding the fraudulent scheme, making it their responsibility by

23  acting in concert with them.

24      35.  The Subject Loan falls within the protections accorded to consumers by the Federal

25  Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* and its implementing regulations, 12 C.F.R. Part 226

26  "Reg. Z".

27

28

M   68

8

Case No.

36.    The compliance requirements of TILA are triggered at the time the loan application is made. Within certain times after the loan application is submitted, the lender is required to perform certain acts. They, however, failed to do so. For example, lenders are required to provide borrowers with certain disclosures pursuant to TILA. Under TILA and Regulation Z, lenders are required to clearly and conspicuously disclose the amount financed and the finance charge, among other things, in connection with the Subject Loan.

37.    The TILA disclosures are supposed to be segregated from other documents and any unrelated information per Reg. Z §226.17(a)(1).

38.    TILA disclosures are required to be provided "before consummation" of the loan. (Reg. Z §226.179b). TILA disclosures are one of the most straight-forward pieces of loan documentation. They provide the borrower with a breakdown of monthly payments over the life of the loan. One of the purposes of TILA disclosures is to ensure that borrowers understand the loan they are acquiring, and secondarily to allow borrowers to comparison shop before entering into the loan.

39.    On or about 12/11/2008 IndyMac Federal Bank appointed Quality Loan as purported Substitute Trustee on the subject deed of trust. It was disclosed at that time that Defendant Mortgage Electronic Registration System ("MERS") was the purported nominee of IndyMac Bank, FSB as beneficiary. On December 4, 2009, a Notice of Default ("NOD") in connection with the Subject Property was filed and served by Quality Loan on Plaintiff claiming a default in the amount of $53,406.37 as of December 4, 2009. There is attached to the NOD a completely false statement by an authorized agent for Defendant Quality Loan Service claiming the beneficiary or its agent contacted the borrower as required by Cal Code Civ Proc sec 2923.5 or that the beneficiary is exempt. In addition, the referenced affidavit in support of these false statements was not attached.

40.    On information and belief, Plaintiff alleges that the amount claimed to be in default is incorrect and/or includes charges not permitted under the loan. On the very same day, Defendant INDY sent a demand to Plaintiff on behalf of Defendants DEUTSCHE and the INDY LOAN

M    69

1  TRUST in the amount of $780,976.45.  This is obviously at complete disparity with the claim made

2  by Defendant Quality Loan Service on the same day.

3       41.     On or about December 30, 2009, Plaintiff served a Qualified Written Request under

4  RESPA requesting an accounting and also including a request for a copy of the note with any

5  modifications thereto and a beneficiary statement under Cal. Civil Code §2943 ("§2943").  Plaintiff

6  sent supplemental QWR correspondence to INDY and Quality Loan on 01/15/2010, 02/23/2010,

7  03/08/2010 and 03/19/2010.   All RESPA correspondence was routinely copied to the other

8  Defendants herein.

9       42.     According to RESPA, when a borrower submits a QWR, the lender has 20 days to

10  acknowledge receipt of the QWR and, within 60 days, to perform an adequate investigation, provide

11  the requested information, make any corrections to the borrower's account, including crediting any

12  erroneous late charges or penalties, provide written notification of these credits, provide a written

13  explanation of why the account is correct, and include the name and telephone number of the service

14  representative.  Under §2943, defendants had 21 days to respond and provide any modifications to

15  the promissory note, including any assignments.

16       43.     Even though all recipients, on information and belief, forwarded the QWR documents

17  and follow up correspondence to Defendant INDY, the entity that should have had all of the

18  necessary information to answer Plaintiff's inquiries, and of course all QWR documents regarding

19  the Subject Loan, were sent directly to Defendant INDY, Defendants failed to acknowledge receipt

20  of Plaintiff's QWR within 20 days and it failed to respond to the QWR within 60 days, each

21  individually violations of RESPA.  Defendants also failed to provide the information required under

22  §2943.  Instead, Defendant INDY returned all of Plaintiff's QWR documentation with repeated

23  demands for signed authorization that had already been submitted and acknowledged before the

24  QWR process began.  Even after Plaintiff signed and returned the new authorization and submitted

25  her attorney's check for payment of copies of documents, Defendant INDY removed the

26  authorization and check and returned the balance of the correspondence, again demanding the

27  authorization.

28
                                                                                    M   70
                                    10                                            Case No.
                                COMPLAINT

44.    One of the pieces of information Plaintiff sought in her QWR is the true owner and holder of the Promissory Note (Note"). INDY has concealed the information concerning who has possession of the original Note, and who is entitled to receive the proceeds from any foreclosure or other collection orchestrated by INDY and Quality Loan and/or any of the other Defendants.

45.    INDY and Quality Loan have made false statements concerning the amounts owing at various points in time to Plaintiff in order to defraud her. Neither Defendants INDY nor Quality Loan Service has shown that the amount claimed owing on the loan has been calculated properly and on information and belief they cannot do so. On information and belief, in recording the above-referenced Notice of Default, Defendants unlawfully initiated non-judicial foreclosure proceedings against Plaintiff by recording a Notice of Default and by improperly claiming amounts not owing.

46.    On or about March 8, 2010 Defendant Quality Loan recorded a Notice of Trustee's Sale in connection with the Subject Property for default under the above-referenced deed of trust, again based on alleged defaults not owed on the loan of $767,826.50. On information and belief this was not the correct amount owing and Quality Loan and INDY, the servicers, failed and refused to provide an accounting in response to statutory demands for such.

47.    On information and belief, Plaintiff alleges that Quality Loan systematically conspires with INDY, OWB and the other Co-Defendants, and each of them, to foreclose unlawfully when they know or should know that INDY is unwilling or unable to accurately set forth the amounts in default and knows or should know that IndyMac Bank, FSB had assigned and/or sold the Note before they acquired the assets of IndyMac Federal Bank from the Federal Deposit Insurance Corporation, that neither INDY nor OWB is the real party in interest to foreclose, and they fraudulently conceal this information

48.    On information and belief, Plaintiff alleges that Defendants, in committing the acts alleged in this Complaint, are engaging in a pattern and practice of unlawful activity. In pursuing the non-judicial foreclosure, Defendants represented that they have the right to payment under the Note in connection with the Subject Loan, payment of which was secured by a deed of trust. Whereas, in fact, the Defendants were not in possession of the Note and they were neither holders of the Note or

11
COMPLAINT

Case No.

1  non-holders of the Note entitled to payment, as those terms are used in California Commercial Code

2  § 3301 and 3309, and therefore they were proceeding to foreclose without rights under the law.

3     49.    The final stage of a foreclosure proceeding is a sale of the property through a public

4  auction at which the current beneficial owner of the right to foreclose is the only lawful party who

5  can provide instructions to the trustee on the amount of money to accept at the sale or to "credit bid"

6  up to the amount owed on the loan.  Mortgage Electronic Registration Systems, Inc. is the named

7  "nominal" beneficiary but is not the beneficiary entitled to foreclose.  In fact, none of the

8  Defendants, or any of their purported authorized agents, who have played a part in the non-judicial

9  foreclosure proceedings is entitled to receive payment from the loan proceeds, or the Subject

10  Property.  The assertion made in the foreclosure proceedings that the beneficiary named on the trust

11  deed is entitled to foreclose and the notices of default and trustee sale based on amounts not properly

12  owing are acts of fraud or deceit within the meaning of Cal. Civ. Code §2924h.

### FIRST CAUSE OF ACTION

## VIOLATION OF THE REAL ESTATE SETTLMENT PROCEDURES ACT

### 12 U.S.C. § 2605 et seq.

### (Against Defendants INDY and Quality Loan)

17     50.    Plaintiff re-alleges and incorporates herein by reference, each and every allegation

18  contained above as though set forth in full.

19     51.    The Subject Loan is a mortgage loan subject to the provisions of the Real Estate

20  Settlement Procedures Act set forth at 12 U.S.C. § 2605 *et seq.*

21     52.    A violation of RESPA is also made unlawful under California state law by Financial

22  Code section 50505, which states, "Any person who violates any provision of [RESPA] or any

23  regulation promulgated hereunder, violates this division [California Residential Mortgage Lending

24  Act]."

25     53.    On or about December 30, 2009, Plaintiff, through her attorney, sent defendant

26  Quality Loan the QWR as defined under RESPA, 12 U.S.C. § 2605(e)(1)(B), regarding the crediting

27  of payments on her mortgage account and asking for an accounting, as well as a demand for a copy

28

M  72  Case No.

of the Note with any modifications, and a beneficiary statement under California Civil Code § 2943. Follow up correspondence was sent 01/15/2010, 02/23/2010, 03/08/2010 and 03/19/2010. Notice of Intent to Sue was sent via facsimile and regular mail on 03/23/2010.

54.     On or about February 23, 2010, Plaintiff, through her attorney, sent both INDY and Quality Loan Service Corp. a supplemental QWR RESPA, 12 U.S.C. § 2605(e)(1)(B), requesting all documents evidencing the identity of the owner and holder of the Note and mortgage in connection with the Subject Property, including the complete chain of title to ownership of the Note and mortgage.

55.     Defendant INDY initially acknowledged receipt by letter dated 01/26/2010 and responded with a letter stating that it did not know whether to treat the QWR as such. They said they would investigate. Even though Plaintiff's next letter of 02/23/2010 was captioned QUALIFIED WRITTEN REQUEST, and each correspondence thereafter incorporated the totality of documents constituting the QWR, Defendant INDY sent a letter to Plaintiff on March 15, 2010 stating it still did not know whether to treat the package as a QWR. In the meantime, each and every correspondence was returned to Plaintiff's attorney by INDY as above stated. No other response was provided.

56.     Defendants INDY and Quality Loan violated RESPA by, among others, failing to provide a Servicing Statement as set forth in 12 U.S.C. § 2605(a); Reg. X § 3500.21(b); and did not properly respond to Plaintiff's Qualified Written Request as set forth in 12 U.S.C. § 2605(e) and Reg. X § 3500.21(e); by failing to provide the information requested by Plaintiff, failing to make corrections to Plaintiff's account, and provide written notification of correction; and, by failing to provide a written explanation of why the servicers, defendants INDY and  Quality Loan, believe the account in connection with the Subject Loan is correct, along with the name and telephone number of the INDY representative in response to the QWR. To the contrary, the contact person at the INDY general number, which is designed for automated services, who identified herself as "Jessica B19" on 03/23/2010 refused to identify a person with whom Plaintiff's attorney could converse about the QWR, even though she was aware of their RESPA Department on premises, she said they don't accept phone calls.

M  75

Case No.

57.     Plaintiff is informed and believes, and thereon alleges, that Defendants named herein, have engaged in a pattern or practice of non-compliance with the requirements of the mortgage servicer provisions of RESPA as set forth in 12 U.S.C. § 2605.

58.     Defendant INDY violated RESPA 12 U.S.C. § 2605(e)(1)(A), by failing to provide a written response acknowledging receipt of the Plaintiff's Qualified Written Request no later than 20 days after receipt of the request.  Defendant Quality Loan violated RESPA, 12 U.S.C. § 2605(e)(2)(C), by failing to provide Plaintiff with the information and documentation requested, or an explanation of why the information sought was unavailable, no later than 60 days after receipt of Plaintiff's Qualified Written Request.

59.     Quality Loan violated RESPA, 12 U.S.C. § 2605(e)(2) (C) , by failing to provide Plaintiff with the information and documentation requested, or an explanation of why the information sought was unavailable.

60.     Defendants INDY and Quality Loan Service Corp. violated RESPA, 12 U.S.C. § 2605(e)(2)(A), by failing to make appropriate corrections to the Plaintiff's account in response to the Qualified Written Request, including the crediting of any late charges or penalties, and failing to transmit written notice of such corrections to the Plaintiff no later than 60 days after receipt of the Plaintiff's Qualified Written Request.

61.     Defendants INDY and Quality Loan Service Corp.  violated RESPA, 12 U.S.C. § 2605(e)(2) by refusing to cease its collection efforts and foreclosure proceedings after receiving the Plaintiff's qualified written request by continuing with foreclosure; including service of NOTICE OF SALE on March 8, 2010 and repeated failure and refusal, despite written and oral demands to cancel and/or continue the sale date of March 29, 2010.

62.     Upon information and belief, Defendants INDY and Quality Loan Service Corp. violated RESPA, 12 U.S.C. 2605(e)(3), by providing information to consumer reporting agencies regarding overdue payments allegedly owed by the Plaintiff that were related to her qualified written request.

M  74

14

Case No.

63.     Defendants named herein have engaged in a pattern or practice of non-compliance with the requirements of the mortgage servicer provisions of RESPA as set forth in 12 U.S.C. § 2605 and have and continue to conceal information.

64.     As set forth above, defendants violated numerous federal and state laws.  However, until Plaintiff can obtain basic information such as who the current holder of the promissory note is, which information is in the exclusive control of Defendants, she is unable to plead a complete case which even includes all parties who may have in interest in the legal action.

65.     Therefore plaintiff had no choice but to file this complaint for damages and injunctive relief based on RESPA and will file an amended complaint when and if Defendants refrain from concealing necessary information.

66.     As a direct and proximate result of defendants INDY and Quality Loan's failure to comply with RESPA, as set forth herein, Plaintiff has suffered and continues to suffer damages, to incur attorney's fees and costs of suit.  Plaintiff is entitled to recover statutory damages, actual damages in an amount to be determined at trial, costs and reasonable attorneys' fees incurred herein.

## SECOND CAUSE OF ACTION

### Injunctive Relief

(Against Defendants INDY and Quality Loan)

44.     Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

45.     Defendants have commenced a foreclosure action under the Note and have scheduled a non-judicial sale.  Said sale will cause Plaintiff great and irreparable injury in that real property is unique.

46.  The wrongful conduct of Defendants, unless restrained and enjoined by an order of the court, will cause great and irreparable harm to her.  Plaintiff will not have the beneficial use and enjoyment of the property and will lose her home

47.  Plaintiff has no other plain, speedy or adequate remedy and the injunctive relief prayed for below is necessary and appropriate at this time to prevent irreparable loss to Plaintiff.  Plaintiff

M  75

Case No.

has suffered and will continue to suffer in the future unless Defendants' wrongful conduct is restrained and enjoined because real property is inherently unique and it is and will be impossible for Plaintiff to determine the precise amount of damage she will suffer.

WHEREFORE, Plaintiff prays for relief as set forth below.

## PRAYER

**WHEREFORE**, Plaintiff prays for judgment and order against Defendants, inclusive, as follows:

1. For statutory damages in the amount of $1000 per violation pursuant to 12 U.S.C. §2605(f) and Reg. X 24 C.F.R. §3500.21(f);

2. For attorney's fees and court costs ;

3. For a temporary restraining order, preliminary and permanent injunction requiring Defendants to provide the information requested in the QWR and §2943 demand served on them and in particular the information Defendants have about any assignments of the Note and specifically the identity and assignment of the Note to any SPV;

4. For a temporary restraining order, preliminary and permanent injunction requiring Defendants to cease taking any and all action to foreclose;

5. For leave to amend this complaint after the information requested is provided;

6. For such other and further relief as the court deems just and proper.


Respectfully submitted,

Dated:    March 24, 2010



By:    _____


M  7 6

COMPLAINT

Case No.

1

## DEMAND FOR JURY TRIAL

2        Plaintiff Christy Weston demands a trial by jury.

3

4   Dated: March     ; 2010

5

6                                   _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              17
                             COMPLAINT

M  רר

Case No.

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile:  (818) 908 1127
e-mail: mworthington@intlawctr.com

### *FACSIMILE TRANSMISSION*

TO:   INDY MAC MORTGAGE SERVICES

ATTN: RESPA DEPT

FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON

DA:   MARCH 24, 2010

SU:   LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO:  (818) 908 1127

RECIPIENT'S FAX NO: (269) 353 2474  2 4 3 2

SENDER'S TELEPHONE NUMBER:  **(818) 907-1696**

THIS TRANSMISSION CONSISTS OF 19  PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

*Please have a person with authority to cancel the foreclosure sale date referenced in the attached draft COMPLAINT contact my office upon receipt hereof.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This facsimile is for the personal and exclusive use of the recipients(s) named above. Its terms are not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and return the original facsimile by mail.

COMPLETED BY: _____

APPROXIMATE TIME: _____

M   7 8

```
HP LaserJet 3100                          SEND CONFIRMATION REPORT for
Printer/Fax/Copier/Scanner                ILC
                                          818 908 1127
                                          Mar-24-10   1:09PM
```

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|---------------------|------|-------|------|--------|
| 307 | 3/24  1:01PM | 7'56" | OneWest Bank | Send............. | 19/19 | EC144 | Completed...................................... |

Total   7'56"   Pages Sent: 19   Pages Printed: 0

Law Office
MICHAEL WORTHINGTON, APC
15760 Ventura Bl., Suite 700
Encino, CA 91436

(818) 907 1696

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

*FACSIMILE TRANSMISSION*

TO:   INDY MAC MORTGAGE SERVICES
ATTN: RESPA DEPT
FR: MICHAEL WORTHINGTON, ATTORNEY FOR CHRISTY WESTON
DA:   MARCH 24, 2010
SU:   LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364

SENDER'S FAX NO: (818) 908 1127
RECIPIENT'S FAX NO: (269) 353 2474  2 4 3 2
SENDER'S TELEPHONE NUMBER: (818) 907-1696

THIS TRANSMISSION CONSISTS OF 19 PAGES INCLUDING THIS ONE
PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION
*Please have a person with authority to cancel the foreclosure sale date referenced in the attached draft
COMPLAINT contact my office upon receipt hereof.*

This facsimile is for the personal and exclusive use of the recipients(s) named above. Its terms are
not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product
privilege.

If you have received this facsimile and are neither the intended recipients(s) or his/her agent, please
be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile
is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and
return the original facsimile by mail.

COMPLETED BY: _____

APPROXIMATE TIME: _____

M   79

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18

and not a party to the within action.  My business address is 15760 Ventura Blvd., Suite 700, Encino,

CA 91436.  On March 26, 2010 I served the foregoing document described as DECLARATION OF

MICHAEL WORTHINGTON IN SUPPORT OF APPLICATION FOR TEMPORARY

RESTRAINING ORDER AND PRELIMINARY INJUNCTION, on the interested parties in this

action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

QUALITY LOAN SERVICE, 2141 5th Ave., San Diego, CA 92101, Attn: Daniel J. Goulding, Esq
[(619) 568 3628]*

INDYMAC LOAN SERVICING, 6900 Beatrice Ave., Kalamazoo, MI 49003, Attn: RESPA Dept
[(269) 353 2432]

 X  BY MAIL - I caused such envelope with first class postage thereon fully prepaid to be placed in

the United States mail at Encino, California.

 *   VIA FACSIMILE - From Fax no. (818) 908 1127 to Fax No. (See above) at Encino, California,

directed to (see above), and no error was reported by the machine.  I caused the machine to print a

record of the transmission, a copy of which is attached to this declaration.

. I am a member of the bar of this court.

Executed on March 26, 2010 at Encino, California.

I declare under penalty of perjury under the laws of the State of California that the above is

true and correct

Michael Worthington
Type or Print Name

Signature

| | | | | | | | |
|---|---|---|---|---|---|---|---|
HP LaserJet 3100
Printer/Fax/Copier/Scanner

SL   CONFIRMATION REPORT for
ILC
818 908 1127
Mar-26-10    8:53AM

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 313 | 3/26  8:32AM | 21'20" | OneWest Bank | Send........... | 59/59 | EC144 | Completed.................................... |

Total    21'20"        Pages Sent: 59    Pages Printed: 0

CHRISTY WESTON
5144 Bascule Ave.
Woodland Hills, CA 91364

(818) 720 1020

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

*FACSIMILE TRANSMISSION*

TO:    INDY MAC MORTGAGE SERVICES
FR:    MICHAEL WORTHINGTON for CHRISTY WESTON
DA:    MARCH 26, 2010
SU:    LOAN NO: 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364
SENDER'S FAX NO: (818) 908 1127
RECIPIENT'S FAX NO: (269) 353 2432
SENDER'S TELEPHONE NUMBER:  (818) 907-1696

THIS TRANSMISSION CONSISTS OF 37 PAGES INCLUDING THIS ONE
PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION
cc:   Quality Loan Service Corp., Attn: Daniel J. Goulding, Esq. Via E-Mail attachment to
dgoulding@qualivloan.com

Exhibits G through M, pages 30 - 79 END
------------------------------------------------------------------
This facsimile is for the personal and exclusive use of the recipient(s) named above. Its terms are
not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product
privilege.

If you have received this facsimile and are neither the intended recipient(s) or his/her agent, please
be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile
is unauthorized and prohibited.

If you have received this facsimile in error, please immediately notify this office by telephone and
return the original facsimile by mail.

COMPLETED BY: _____

APPROXIMATE TIME: _____

```
HP LaserJet 3100
Printer/Fax/Copier/Scanner                          _ND CONFIRMATION REPORT for
                                                    ILC
                                                    818 908 1127
                                                    Mar-26-10   8:27AM
```

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|-------------------|------|-------|------|--------|
| 312 | 3/26  8:14AM | 12'24" | OneWest Bank | Send.............. | 36/36 | EC144 | Completed................................... |

Total   12'24"   Pages Sent: 36   Pages Printed: 0

---

**CHRISTY WESTON**
5144 Bascule Ave.
Woodland Hills, CA 91364

(818) 720 1020

facsimile: (818) 908 1127
e-mail: mworthington@intlawctr.com

### *FACSIMILE TRANSMISSION*

TO:     INDY MAC MORTGAGE SERVICES
FR:     MICHAEL WORTHINGTON for CHRISTY WESTON
DA:     MARCH 26, 2010
SU:     LOAN NO. 1009621820 - 5144 Bascule Ave., Woodland Hills, CA 91364
SENDER'S FAX NO: (818) 908 1127
RECIPIENT'S FAX NO: (269) 353 2432
SENDER'S TELEPHONE NUMBER:  (818) 907-1696

THIS TRANSMISSION CONSISTS OF 37 PAGES INCLUDING THIS ONE

PLEASE CALL US IF THERE ARE ANY PROBLEMS WITH THE TRANSMISSION

cc: Quality Loan Service Corp., Attn: Daniel J. Goulding, Esq. Via E-Mail attachment to
dgoulding@qualityloan.com

Exhibits A through F, pages 1 - 29 - balance to follow
--------------------------------------------------------------------------------
        This facsimile is for the personal and exclusive use of the recipient(s) named above. Its terms are
not only to remain absolutely confidential but may also be subject to the attorney-client and/or work product
privilege.

        If you have received this facsimile and are neither the intended recipient(s) or his/her agent, please
be advised that any use, review, copying , selling, dissemination, publication or distribution of this facsimile
is unauthorized and prohibited.

        If you have received this facsimile in error, please immediately notify this office by telephone and
return the original facsimile by mail.

                        COMPLETED BY: _____

                        APPROXIMATE TIME: _____