| Attorney or Party without Attorney:<br>Christy Weston<br>5144 Bascule Avenue<br>Woodland Hills, CA 91367<br>Telephone No: 818 713 1020<br>heidivonbeltz@aol.com<br>Attorney for: Plaintiff | | | | For Court Use Only<br>**FILED**<br>2010 APR 12 AM 10: 12<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY___ |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: Christy Weston | | | | |
| Defendant: Indymac Mortgage Services, A Division Of Onewest Bank Fsb Aka Onewest Bank Group | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>cv 10 2198 GAF (FFMx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery

3. a. Party served:            Indymac Mortgage Services
   b. Person served:           Lorna Luahati

4. Address where the party was served:   888 East Walnut Avenue
                                         Pasadena, CA 91101

5. I served the party:
   b. **by substituted service.** On: Fri., Apr. 02, 2010 at: 4:02PM by leaving the copies with or in the presence of:
      Lorna Luahati, White, Female, 50 Years Old, Brown Hair, Brown Eyes, 5 Feet 5 Inches, 145 Pounds
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Apr. 02, 2010 from: Thousand Oaks, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Meyer                              d. **The Fee** for Service was:   $69.00
   **b. AMSTAR EXPRESS**                         e. I am: (3) registered California process server
      501 MARIN STREET                              (i)   Owner
      SUITE 113                                     (ii)  Registration No.:     422
      Thousand Oaks, CA 91360                       (iii) County:               Ventura
   c. 818-887-2727, FAX 818-887-1256

**ORIGINAL**

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Apr. 07, 2010

                                                          (Richard Meyer)

Judicial Council Form POS-010                PROOF OF SERVICE                                   2280.13354
Rule 2.150.(a)&(b) Rev January 1, 2007